UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

FILED
DEC 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STEVEN A. WILLIAMS,<br>934 N. 14th Street<br>Springfield, IL 62702<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY (WMATA)<br>600 5th Street, N.W.<br>Washington, D.C. 20001<br><br>LOGISTICARE, INC.<br>1640 Phoenix Boulevard, Suite 200<br>Atlanta, GA 30349<br><br>LOGISTICARE SOLUTIONS, LLC<br>1640 Phoenix Boulevard, Suite 200<br>Atlanta, GA 30349<br><br>BATTLES TRANSPORTATION<br>1360 Okie Street, N.E.<br>Washington, D.C. 20002<br><br>JOHN DOE<br>1360 Okie Street, N.E.<br>Washington, D.C. 20002<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:_____<br>)<br>)<br>) CASE NUMBER  1:05CV02333<br>)<br>) JUDGE: Richard J. Leon<br>)<br>) DECK TYPE: Personal Injury/Malpractice<br>)<br>) DATE STAMP: 12/06/2005<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

To the honorable judges of the United States District Court for the District

of Columbia, Civil Division, the undersigned defendants state as follows:

1

1. Battle Transportation, Inc. (misidentified herein as "Battles Transportation," is a defendant in the above-entitled action.

2. On September 17, 2005, this action was commenced against Defendants in the Superior Court for the District of Columbia and is now pending as Case No. 05-0007602. Plaintiff demanded a Jury Trial in his Complaint.

3. On   The Defendants were served with a Summons, Complaint, and Initial Order in that matter, with the first service on any defendant having been made on Battle Transportation on November 8, 2005.

4. Defendants WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA); LOGISTICARE, INC.; LOGISTICARE SOLUTIONS, LLC and BATTLE TRANSPORTATION (misidentified herein as Battles Transportation) filed an Answer to the Complaint but no further proceedings have been had in Superior Court.

5. The amount in controversy in this action exceeds the sum of $75,000 exclusive of interest and costs.

6. Plaintiff is a citizen and resident of the state of Illinois. and Defendants listed in the Complaint are citizens of Washington, D.C. and Georgia with Washington Metropolitan Transportation Agency (WMATA) being subject to the concurrent jurisdiction of the United States District Courts pursuant to D.C. Code §9-1107.01 (81) and therefore removable to the appropriate United States District Court.

7. This action is a civil action for damages for person injury resulting from the alleged negligence of the Defendants.

8. This Court has original jurisdiction of this action based on diversity of citizenship pursuant to 28 USC §1332(a), and D.C. Code §9-1107.01 (81) and the action may therefore be removed to this Court pursuant to 28 USC §1441(b) and 28 USC §1446.

9. Copies of the Complaint, Summons, and Initial Order and Defendants' Answer in this action are attached hereto labeled Exhibits 1, 2, 3 and 4.

10. This notice is filed with this Court within 30 days after service on Battle Transportation of the Complaint in this action.

11. All named Defendants are represented by the undersigned counsel and consent to this removal.

                    Respectfully submitted,

                    By counsel,

                    _____
                    Paul R. Pearson, Esquire
                    D.C. Bar # 386823
                    Law Offices of Roger S. Mackey
                    14008 ParkEast Circle
                    Chantilly, VA 20151
                    (703) 818-6925 Telephone
                    (703) 818-6931 Fax
                    Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Removal was mailed, postage prepaid, this 6th day of December, 2005 to:

Stephanie D. Moran, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD 20785

_____
Paul R. Pearson