# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

STEVEN A. WILLIAMS
934 N. 14th St.
Springfield, IL 62702

    Plaintiff,

vs.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY (WMATA)
600 5th St., NW
Washington, DC 20001

And

LOGISTICARE, INC.
1640 Pheonix Blvd., Suite 200
Atlanta, GA 30349

And

LOGISTICARE SOLUTIONS, LLC
1640 Pheonix Blvd., Suite 200
Atlanta, GA 30349

And

BATTLES TRANSPORTATION, Inc.
1360 Okie St., NE
Washington, DC 20002

And

JOHN DOE
1360 Okie St., NE
Washington, DC 20005

    Defendants.

CASE NO.: 05-0007602

*Handwritten annotations:*
- WMATA 962-1234
- Served 11/10, opened 11/16
- Service ?
- Served 11/9
- Prev/owner
- Mark Sullivan, Dep. Gen'l Counsel, 202-962-2814
- Ms. Yulia Dronsikaya, 301-562-4556
- Erica Davis, 770-994-4526 x426
- 2020 Fairview Ave, N.E., Wash. 20002
- Kirk Gonzales, Ass't Gen'l. Counsel
- Chinta Gaston, Gen'l. Counsel, 434-295-2397
- Do discovery to P in town car, T in town car, Driver's statements, hit curb, T unbelted in back seat, prior injury, claim traumatic brain injury
- Answer & remove
- 050755
- 05 2333

FILED
DEC 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

### (Automobile Negligence)

Plaintiff, Steven A. Williams, through undersigned counsel, hereby states his Complaint against Defendants, Washington Area Metropolitan Area Transportation, Logisticare, Inc., Logisticare Solutions, LLC, Battles Transportation; and John Doe as follows:

### PARTIES & JURISDICTION

1. Jurisdiction is based upon Title 11 Section 921 of the DC Code, as amended.

2. Plaintiff Steven A. Williams is currently a resident of the State of Illinois. During the incidents described below, Plaintiff was an undergraduate student attending the University of the District of Columbia and a resident of the District of Columbia.

3. Defendant Washington Metropolitan Area Transportation (hereinafter, "WMATA") is the transit authority in Washington, DC, with offices located at 600 5th St., NW, Washington, DC. WMATA contracts in the District of Columbia. Relevant to this case, WMATA, contracted with Logisticare, Inc. and/ or Logisticare Solutions, LLC, to provide "paratransit" transportation services to disabled persons in the Washington metropolitan area pursuant to the Americans with Disablities Act. Such services are referred to as "MetroAccess."

4. Defendant Logisticare, Inc., is a foreign corporation with principal offices in the State of Georgia. Logisticare Inc., does substantial business in the District of

Columbia. Relevant to this case, Logisticare, Inc., was the outsourced contract holder of WMATA's MetroAccess service.

5. Defendant Logisticare Solutions, LLC, is a foreign corporation with principal offices in the State of Georgia. Logisticare Solutions, LLC does substantial business in the District of Columbia. Relevant to this case, Logisticare Solutions, LLC, was the outsourced contract holder of WMATA's MetroAccess service.

6. Defendant Battles Transportation is a transportation company with offices located at 1360 Okie Stree, NE, Washington, DC. Battles Transportation does substantial business in the District of Columbia. Relevant to this case, Battles Transporation held a subcontract with Logisticare, Inc. and/ or Logisticare Solutions, LLC to provide the MetroAccess services which were being provided to Plaintiff on September 18, 2002.

7. Defendant John Doe is the Battles Transportation employee and driv

8. At all times relevant herein, John Doe was acting under the direction and control, and pursuant to the rules, regulations, policies and procedures put in place by Defendant WMATA, LOGISTICCARE, INC., LOGISTICCARE SOULTIONS, LLC and BATTLES TRANSPORTAION. As such, said Defendants are vicariously, individually and jointly and severally liable for the actions of John Doe.

### NEGLIGENCE

9. On or about September 18, 2002, Plaintiff was traveling as a MetroAccess passenger in a Battles Transportation vehicle driven by Defendant John Doe, an employee of Battles Transportation.

10. At that time and place, it was the duty of the Defendant, John Doe to operate the motor vehicle with reasonable care and with due regard for others.

11. At all relevant times hereto, it was the duty of Defendant WMATA, Logisticcare, Inc., Logisticcare Soultions, LLC, and Battles Transportation to properly train its drivers, to properly supervise its drives, to properly ensure that its drivers operate the motor vehicle with reasonable care and due regard for others, to properly ensure that its drivers are fit and capable of operating the motor vehicle.

12. Notwithstanding the duties, Defendant John Doe did then and there so carelessly, recklessly and negligently operate the motor vehicle so that he caused a violent accident while attempting to pass a school bus.

13. Notwithstanding the duties, Defendants acted in contravention to their duty of care to Plaintiff, negligently, carelessly and recklessly by failing to properly train, supervise, control, direct and monitor John Doe in his duties and responsibilities.

14. Defendant John Doe was negligent in that among other things, he:

   a. Failed to keep his vehicle under proper control;

   b. Failed to stop in time to avoid a collision; and

   c. Failed to heed and obey all other traffic rules and regulations then and there in effect.

15. Defendants WMATA, Logisticare, Inc., Logisticare Solutions, LLC; and Battles Transportation, are all vicariously, individually and jointly and severally liable for the actions of their agent John Doe.

16. As a direct and proximate result of the Defendant John Doe's negligence as well as the negligence of all other Defendants, Plaintiff was caused to sustain serious and permanent injuries, has been prevented from finishing his schooling, from transacting his business, has suffered and will continue to suffer great pain of body and mind,

including emotional distress; has sustained loss of earning and earning capacities; and has incurred and will incur in the future, hospital, doctor and related bills in an effort to be cured of said injuries.

17. The injuries, grievances and damages as herein above set forth were caused by carelessness, negligence and reckless of the Defendants, Washington Metropolitan Area Transportation, Logisticare, Inc., Logisticare Solution, LLC, Battles Transportation and John Doe as noted herein, and without any negligence whatsoever on the part of the Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendant John Doe individually, jointly and severally and against all other Defendants vicariously, individually, jointly and severally in the amount of ONE MILLION DOLLARS ($1,000,000.00), plus the costs of this action and attorneys' fees, plus interest thereon from September 18, 2002, until paid, and for such other and further relief as the Court deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully Submitted,

WATSON & MORAN, LLC
Metro-Plex I Building
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505 (Tel.)
(301) 429-0371 (Fax.)

BY: *[signature]*
Stephanie D. Moran
DC Bar No.# 471555