IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

STEVEN A. WILLIAMS,            )
                               )
        Plaintiff,             )
                               )
v.                             )
                               ) Case No: 05-0007602
WASHINGTON METROPOLITAN        ) Calendar 8
AREA TRANSIT AUTHORITY;        ) Judge Blackburne-Rigsby
(WMATA); LOGISTICARE,          ) Next Event – Initial
SOLUTIONS, LLC;                )   Conference 12/16/05 @ 9:30 a.m.
BATTLE TRANSPORTATION, INC;    )
and JOHN DOE,                  )
                               )
        Defendants             )

## ANSWER AND GROUNDS OF DEFENSE

COME NOW Defendants WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA); LOGISTICARE SOLUTIONS, LLC and BATTLE TRANSPORTATION, INC. (misidentified herein as Battles Transportation), by counsel, and Answer the Complaint herein as follows:

1. Defendants admit paragraph 1 but deny that said jurisdiction is exclusive.

2. In answer to paragraph 2, Defendants admit, upon information and belief, that Plaintiff is a resident of the State of Illinois. Defendants are without sufficient information to admit or deny the remaining allegations in the paragraph and therefore deny them.

3. Defendants admit paragraph 3.

05 2333

FILED
DEC 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. In answer to paragraphs 4 and 5, Defendants admit the allegations with regard to the state of corporation, place of principal offices and admit that each of the entities named does business in the District of Columbia. Defendants deny that both Logisticare, Inc. and Logisticare, LLC were outsourced contract holders with regard to this incident as alleged.

5. In answer to paragraph 6, Defendants admit the allegations with regard to the state of corporation, place of principal offices and admit that Battles Transportation held a subcontract as alleged. Defendants deny that the subcontract was with Logisticare, Inc.

6. In answer to paragraph 7, the paragraph appears to be incomplete and therefore it is denied.

7. Defendants deny paragraph 8.

8. Defendants are presently without sufficient information to admit or deny those allegations contained in paragraph 9 of Plaintiff's Complaint and must therefore demand strict proof thereof.

9. In answer to paragraph 10, Defendants admit that certain duties are imposed upon drivers in the District of Columbia but deny the paragraph to the extent that the allegations do not fully and accurately set forth all applicable duties.

10. Defendants deny paragraph 11 as stated.

11. Defendants deny paragraphs 12, 13, 14, 15, 16, and 17.

Grounds of Defense

As defenses to the Complaint herein, Defendants may rely on:

1. Lack of duty.

2. Failure to mitigate damages.

3. Plaintiff not damaged to the extent claimed.

4. Statute of limitations.

5. Such further defenses as discovery may reveal.

WHEREFORE, Defendants pray that the Complaint herein be dismissed with prejudice.

Respectfully submitted,

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Answer and Grounds of Defense was mailed, postage prepaid, this 23rd day of November, 2005 to:

Stephanie D. Moran, Esquire
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

Paul R. Pearson