FILED
CO-386
Rev. 10/03

DEC 0 6 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN A. WILLIAMS )
)
          Plaintiff )
)
    v. )
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
(WMATA)   Defendant )
LOGISTICARE SOLUTIONS, LLC )
LOGISTICARE, INC. )
BATTLES TRANSPORTATION, INC. )
JOHN DOE

CASE NUMBER 1:05CV02333

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 12/06/2005

**CERTIFICATE UNDER LCvR 7.1**

    I, the undersigned, counsel of record for  Washington Metropolitan Transit Authority (WMATA)  ,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries
or affiliates of  Washington Metropolitan Transit Authority (WMATA)  , which have any outstanding securities

in the hands of the public.  None

    These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

386823
Bar Identification Number

Paul R. Pearson
Print Name

14008 Park East Ciecle
Address

Chantilly, VA      20151
City            State        Zip

(703) 818-6925
Telephone Number



CO-386
Rev. 10/03

**FILED**
DEC 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEVEN A. WILLIAMS )
)
        Plaintiff )
)
    v. )
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
(WMATA)   Defendant )
LOGISTICARE SOLUTIONS, LLC )
LOGISTICARE, INC. )
BATTLES TRANSPORTATION, INC.
JOHN DOE

CASE NUMBER   1:05CV02333

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 12/06/2005

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __LogistiCare, Inc.__

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of __LogistiCare, Inc.__, which have any outstanding securities

in the hands of the public. __None.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Paul R. Pearson_ (signature)
Signature

__386823__
Bar Identification Number

Paul R. Pearson
Print Name

14008 Park East Ciecle
Address

Chantilly, VA    20151
City        State      Zip

(703) 818-6925
Telephone Number



FILED

DEC 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STEVEN A. WILLIAMS )
)
Plaintiff )
)
v. )
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
(WMATA)      Defendant )
LOGISTICARE SOLUTIONS, LLC )
LOGISTICARE, INC. )
BATTLES TRANSPORTATION, INC.
JOHN DOE

CASE NUMBER   1:05CV02333

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 12/06/2005

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __LogistiCare Solutions, LLC__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __LogistiCare Solutions, Inc__, which have any outstanding securities in the hands of the public. __None.__

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__386823__
Bar Identification Number

Paul R. Pearson
Print Name

14008 Park East Ciecle
Address

Chantilly, VA   20151
City          State      Zip

(703) 818-6925
Telephone Number

FILED
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEC 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN A. WILLIAMS )
)
Plaintiff )
)
v. )
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
(WMATA)        Defendant )
LOGISTICARE SOLUTIONS, LLC )
LOGISTICARE, INC. )
BATTLES TRANSPORTATION, INC. )
JOHN DOE )

CASE NUMBER 1:05CV02333

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 12/06/2005

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Battles Transportation, Inc.__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Battles Transportation, Inc.__ which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

386823
Bar Identification Number

Paul R. Pearson
Print Name

14008 Park East Ciecle
Address

Chantilly,   VA   20151
City          State    Zip

(703) 818-6925
Telephone Number