IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS | * |
| Plaintiff, | * |
| v. | * Case No. 05-cv-02333-RLJ |
| WASHINGTON METROPOLITAN TRANSIT AUTHORITY (WMATA), *et al.* | * |
| Defendants. | * |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of E. Gregory Watson as co-counsel in this matter for Plaintiff.

Date: December 28, 2005 /s/_____
E. Gregory Watson
(DC Fed Bar No. #14398)

Watson & Moran, LLC
8401 Corporate Dr. Ste. 110
Landover, Maryland 20785
Tel. (301) 429-0505
Fax. (301) 429-0371

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2005, I caused the foregoing Entry of Appearance to be served on Defendant *via* electronic case filing and by mailing the same first class mail, postage prepaid to Counsel for Defendants: Paul R. Pearson, 14008 Parkeast Circle, Chantilly, VA 20151.

 

/s/_____
E. Gregory Watson