UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-cv-02333-RLJ |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA), et al., | ) |
| Defendants | ) |

## SCHEDULING ORDER

IT IS HEREBY ORDERED by the Court that the following schedules shall apply to these proceedings:

1. All discovery including answers to interrogatories, document production, requests for admissions, and depositions shall be commenced in time to be completed by September 8, 2006.

2. Maximum of 30 Interrogatories by each party to any other party. Responses due 30 days after service.

3. Maximum of 10 depositions by each party.

4. Disclosures concerning retained experts under Rule 26(a)(2) due:

   From Plaintiff by June 8, 2006.

   From Defendant by July 8, 2006.

5. Depositions of experts shall be completed by the close of discovery as set forth in paragraph 8(A).

6. F. Disclosures regarding evidence from specially retained experts intended solely to contradict or rebut evidence due:

> From Defendants by July 8, 2006.
>
> From Plaintiff by August 8, 2006.

7. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

> From Plaintiff by 20 days before Pretrial.
>
> From Defendants by 15 days before Pretrial.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

8. The trial and/or discovery should not be bifurcated or managed in phases

9. The Court shall set a firm trial date at the first scheduling conference.

10. A Pretrial Conference shall take place on the _____ day of _____, 2006.

11. Trial is scheduled for the ___ day of _____, 20____.

ENTERED this ____ day of _____, 2006.

_____
Richard J. Leon, United States District Judge

Watson & Moran LLC

_____
E. Gregory Watson, Esquire
D.C. Bar No. 14398
8401 Corporate Drive, Suite 110
Landover, MD 20785
Counsel for Plaintiff



Law Offices of Roger S. Mackey

/s/ Paul R. Pearson
_____
Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants