UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al.,<br><br>    Defendants. | Civil Action No.  05-2333<br>                     DAR |

**SCHEDULING ORDER**

Counsel for the parties appeared before the undersigned United States Magistrate Judge on this date for a scheduling conference. In accordance with LCvR 16.4, it is hereby **ORDERED** that:

1. All discovery, including answers to interrogatories, document production, requests for admissions, and depositions shall be commenced in time to be completed by September 8, 2006.

2. Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

3. Maximum of 10 depositions by each party.

4. Disclosures concerning retained experts under Rule 26(a)(2) due:

    From Plaintiff by June 8, 2006.

    From Defendant by July 8, 2006.

5. Depositions of experts shall be completed by the close of discovery as set forth in paragraph 8(A).

Williams v. WMATA, et al. 2

    6. Disclosures regarding evidence from specially retained experts intended solely to contradict or rebut evidence due:

    From Defendants by July 8, 2006.

    From Plaintiff August 8, 2006.

    7. Final lists of witnesses and exhibits under Rule 26(a)(3) due:

    From Plaintiff by 20 days before Pretrial.

    From Defendants by 15 days before Pretrial.

Parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    8. The trial and/or discovery should not be bifurcated or managed in phases.

    9. With the consent of the parties, this action is referred for mediation through the Court's alternative dispute resolution program for a period of 60 days, commencing on July 1, 2006.

    10. A final pretrial conference shall take place at 9:30 a.m. on Thursday, October 5, 2006. The parties shall filed their pretrial statements in accordance with LCvR 16.5.

    11. Trial is scheduled to commence at 9:30 a.m. on Wednesday, November 1, 2006.

February 2, 2006

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge

Williams v. WMATA, et al. 3

Case 1:05-cv-02333-DAR    Document 7    Filed 02/02/2006    Page 3 of 3

Williams v. WMATA, et al. 3