## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 05-cv-02333-DAR** |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY** | ) |
| **(WMATA), et al.,** | ) |
| | ) |
| **Defendants** | ) |

### MOTION TO MODIFY  SCHEDULING ORDER,
### TO EXTEND DEADLINE TO IDENTIFY EXPERT WITNESSES

Plaintiff, by and through counsel, hereby file this Motion To Modify Scheduling Order To

Extend Deadline To Identify Expert Witness and in support thereof states as follows:

1.      Plaintiff seeks an extension and modification of the deadlines listed in the current

scheduling order regarding identification of witnesses.  Currently, Plaintiff is scheduled to identify

his expert witness on June 8, 2006, and Defendants are scheduled to identify their expert on July 8,

2006.  Additionally, Plaintiff and Defendants rebuttal disclosures are due on July 8, 2006 and

August 8, 2006, respectively.

2.      Plaintiff was incommunicado for a significant period of above and unable to assist his

attorneys in obtaining necessary information to determine whether all the relevant medical

information had been obtained.  Further, Plaintiff suffers from a brain injury and has been

undergoing on going medical treatment which includes taking medication which impacts his ability

to communicate with counsel at times.

3.      As a result of the above, Plaintiff seek additional time to identify his experts and to file related reports.

4.      The discovery deadline does not expire until ???, and should not be impacted by this extension of time.

5.      Plaintiff sought the consent of counsel for Defendants by leaving a detailed voice mail message but did not receive a response by the time this motion was filed.

6.      No party shall be prejudiced by extending said deadlines.  Specifically, Plaintiff requests that Plaintiff be required to file disclosures related to his experts by July 8, 2006, and Defendant be required to file said disclosures by August 8, 2006.  Additionally, Defendant be required to file rebuttal disclosures by July 31, 2006 and Plaintiff by August 28, 2006.

Wherefore, for the reasons stated herein, Plaintiffs request that the foregoing motion be granted:


                              Respectfully submitted,

                              /S/ E. Gregory Watson_____
                              Stephanie D. Moran, [DC Bar Number 471555]
                              E. Gregory Watson [MD14298]
                              Watson & Moran, LLC
                              8401 Corporate Drive, Suite 110
                              Landover, MD 20785
                              (301) 429-0505



                       Certificate of Service

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on June 8, 2006 by forwarding same to:

> Paul R. Pearson, Esquire
> D.C. Bar # 386823
> Law Offices of Roger S. Mackey
> 14008 ParkEast Circle
> Chantilly, VA 20151
> (703) 818-6925 Telephone
> (703) 818-6931 Fax

/S/ E. Gregory Watson