UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY | ) |
| (WMATA), et al., | ) |
| | ) |
|    Defendants | ) |

Upon consideration of Plaintiffs Motion To Modify Scheduling Order And Extend Deadlines To Identify Expert Witnesses, it is hereby

ORDERED, that the Plaintiff's Motion is hereby GRANTED; and it is

FURTHER ORDERED, that the Scheduling Order be, and the same hereby is, amended as follows:

1. Plaintiff be required to file disclosures related to his experts by July 8, 2006.

2. Defendant be required to file disclosures related to his experts by August 8, 2006.

3. Defendant be required to file rebuttal disclosures by July 31, 2006, and

4. Plaintiff be required to file rebuttal disclosures by August 28, 2006.

.

                                                _____
                                                Magistrate Deborah A. Robinson
                                                United States District Court
                                                District of Columbia