UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 05-cv-02333-DAR |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA); | ) |
| | ) |
| | ) |
|    Defendants | ) |

REPLY TO MOTION TO MODIFY SCHEDULING ORDER

COME NOW your Defendants, by and through counsel and as and for their reply to Plaintiffs Motion to Modify Scheduling Order state the following:

1. This case arises out of an incident which occurred almost four years ago, [September 18, 2002] and suit was originally filed almost one year ago [September, 2005].

2. Discovery was served on Plaintiff over four months ago [February 6, 2006] seeking information concerning Plaintiff s medical treatment and specifically asking about expert witnesses.

3. Additionally, several conversations have taken place between counsel for Defendants and counsel for Plaintiff concerning the need for additional medical information in order for Defendants to determine whether defense experts will be needed and, if so, in what specialties.

*Case No.: 05-cv-02333-DAR*

4. Plaintiff's deadline for identifying and providing infonnation concerning expert witnesses was June 8, 2006. On the afternoon of June 8, 2006, Plaintiffs counsel left a voicemail message for defense counsel concerning an extension of time and then filed the subject Motion several hours later.

5. Plaintiff now seeks an extension of time to disclose information pertaining to experts, which is information which should have been available at sometime over the last four years.

6. If the Court is inclined to grant Plaintiff s Motion, Defendants would suggest that Plaintiff be required to file <u>full</u> disclosures by July 8, 2006 and that Defendant be required to file disclosures by August 18, 2006 [to accommodate defense counsel's vacation schedule] and that Plaintiff be required to file disclosures pertaining to rebuttal experts by September 1, 2006.

Respectfully submitted,

Washington Metropolitan Area Transit Authority
By counsel,

/PRP /
Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 ParkEast Circle Chantilly,
VA 20151
(703) 818-6925 Telephone (703)
818-6931 Fax
Counsel for Defendants

2

<u>Certificate of Service</u>

I HEREB Y CERTIFY that on the 12th day of June, 2006, I mailed a copy of the foregoing Reply to Motion to Modify Scheduling Order, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
Counsel for Plaintiff

                                            /PRP/
                                            Paul R. Pearson, Esquire