UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY | ) |
| (WMATA), et al., | ) |
| | ) |
|     Defendants | ) |

Upon consideration of Plaintiffs Second Motion To Modify Scheduling Order And Extend Deadlines To Identify Expert Witnesses, it is hereby

ORDERED, that the Plaintiff's Motion is hereby GRANTED; and it is

FURTHER ORDERED, that the Plaintiff must file disclosures related to his experts within sixty days. It is

FURTHER ORDERED, that the Scheduling Order be, and the same hereby is, amended as follows:

1. Plaintiff be required to file disclosures related to his experts by September 8, 2006.

2. Defendant be required to file disclosures related to his experts by _____.

3. Defendant be required to file rebuttal disclosures by _____, and

4. Plaintiff be required to file rebuttal disclosures by _____.

5. Discovery shall close by_____.

**1**

     6.  Dispositive motions shall be filed by _____.

.

                             _____
                             Magistrate Deborah A. Robinson
                             United States District Court
                             District of Columbia