UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, et al. | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this 4th day of August, 2006 I served a true copy of a Civil Subpoena to the Social Security Administration along with a copy of this Certificate, on E. Gregory Watson, Esquire, and Stephanie D. Moran, Esquire, Watson & Moran, 8401 Corporate Drive, Suite 110, Landover, MD 20785 and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants