UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, et al. | ) |
| | ) |
| Defendants | ) |

## ORDER

THIS MATTER having come before the Court pursuant to the Motion of Defendant Battles Transportation, to Compel Plaintiff to Sign a Medical Release Authorization, and the support therefore and any opposition thereto having been considered, it is hereby

ORDERED that the Motion is granted. Plaintiff shall fully execute the medical release authorization proffered by Defendant with its Request for Production of Documents dated February 6, 2006, and shall return the original to Defendant's counsel by 5 p.m. on the ____ day of _____, 2006.

DATED this ____ day of _____, 2006.

_____
Judge, US District Court

cc:
Paul R. Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
Counsel for Defendant

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD  20785
Counsel for Plaintiff