UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY, et al.** | ) |
| | ) |
|    **Defendants** | ) |

### MOTION TO COMPEL PLAINTIFF
### TO SIGN A MEDICAL RELEASE AUTHORIZATION

COMES NOW Defendant Battles Transportation, by counsel, pursuant to FRCP 37 and moves the Court for entry of an Order compelling Plaintiff to sign the medical release authorization proffered by Defendant on February 6, 2006, and to return it to Defendant by a date certain, and for such further relief as the Court may deem just and proper.

This Motion is based upon a Memorandum of Points and Authorities filed herewith which demonstrate that Plaintiff's medical records from outside the District of Columbia are material and significant and are not available to Defendant by any other means.

THE UNDERSIGNED CERTIFIES that he made a good faith attempt to resolve this dispute prior to filing this Motion.

        Respectfully submitted,

        /s/

        _____
        Paul R. Pearson, Esquire
        D.C. Bar # 386823
        Law Offices of Roger S. Mackey
        14008 Park East Circle
        Chantilly, VA 20151
        (703) 818-6925 Telephone
        (703) 818-6931 Fax
        Counsel for Defendant

        <u>Certificate of Service</u>

    I HEREBY CERTIFY that on the 10th day of August, 2006, I served a copy of the foregoing, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD  20785
Counsel for Plaintiff

        /S/

        _____
        Paul R. Pearson, Esquire