UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 05-cv-02333-DAR |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY** | ) |
| **(WMATA), et al.,** | ) |
| | ) |
|    **Defendants** | ) |

**OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SIGN MEDICAL RELEASE AUTHORIZATION**

Plaintiff, by and through counsel, hereby files this Opposition To Defendant's Motion To Compel Plaintiff To Sign Medical Release Authorization and in support thereof states as follows:

1. Defendant has requested a medical authorization which is too broad and is not in compliance with the Health Insurance Portability and Accountability ("HIPAA") in that it did not address and therefore would have included HIV information, drug and alcohol information, genetic information, tuberculosis and other information irrelevant to Defendant and this cause of action..

2. Plaintiff has requested that Defendant alter the medical release but he has so far refused.

3. Further, Defendant seeks medical records that are not related to this case and go back indefinitely to the beginning of Plaintiff's life.

**1**

4. Plaintiff has provided Defendant with various medical records. Plaintiff has also requested medical records from various hospitals and doctors and is still waiting to receive all records requested. Plaintiff will supplement continually as he receives records.

5. Previously, Defendant stated that he would accept such records from Plaintiff. Thereafter, approximately two weeks ago, Defendant reasserted a previous position which he had withdrawn and requested a medical release.

6. Plaintiff reviewed the requested medical release and requested that it be revised to be in conformity with HIPAA and to seek data relevant to this case.

7. Defendant and Plaintiff could not agree on the language of the release.

8. As such, in order to provide a medical release to Defendant, Plaintiff has revised the medical release and forwarded it to Plaintiff who is currently hospitalized in Illinois.

9. As soon as the revised medical release is received from the hospital staff, it will be provided to Defendant. A copy of the revised medical release is attached hereto as Exhibit A. Plaintiff's counsel expects to receive the executed release in a matter of days.

WHEREFORE, for the reasons stated herein, Plaintiff request that Defendant's motion be denied and Defendant be Ordered to accept the revised medical release attached hereto.

Respectfully submitted,

       /s/ E. Gregory Watson
       E. Gregory Watson [MD14298]
       Stephanie D. Moran [DC Bar Number 471555]
       Watson & Moran, LLC
       8401 Corporate Drive, Suite 110
       Landover, MD 20785
       (301) 429-0505 (Tel)
       (301) 429-0371 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on August 23, 2006 by electronic mail and/or forwarding same to:

    Paul R. Pearson, Esq.
    D.C. Bar # 386823
    Law Offices of Roger S. Mackey
    14008 ParkEast Circle
    Chantilly, VA 20151

       /S/ E. Gregory Watson