# LAW OFFICES OF ROGER MACKEY

14008 Park East Circle
Chantilly, VA 20151
TEL: (703) 818-6930
FAX: (703) 818-6931

*St. Paul Travelers Staff Counsel*

## CONSENT FOR RELEASE OF CONFIDENTIAL MEDICAL CARE INFORMATION

TO: _____
_____
_____
_____

FROM: Paul R. Pearson, Esq.
LAW OFFICES OF ROGER S. MACKEY
14008 Park East Circle
Chantilly, VA 20151

PATIENT:  **Steven A. Williams**  DOB: ▮▮▮▮  SSN: ▮▮▮▮

You are hereby expressly authorized and directed to relates to Paul R. Pearson, Esquire and the law firm of LAW OFFICES OF ROGER S. MACKEY, copies of all medical records concerning the examination and treatment of the above-listed patient including, but not limited, offices record, notes, inpatient records ,emergency and outpatient record, consolations, laboratory and other tests and report, radiology films and reports, evaluation, correspondence, memoranda, billing and insurance records, and all other records or materials of any nature whatsoever concerning **Steven A. Williams from year 2000 to the present, with the exception that**:

*The above request *excludes* any information related to: 1) HIV/ AIDS related information; 2) drug and alcohol information; 3) genetic information, 4) sexually transmitted disease information; and 5) tuberculosis information.

A photocopy of this authorization form is valid as the original.

Any charge for photocopying will be paid by THE LAW OFFICES OF ROGER S. MACKEY.

As the person signing this consent, I understand that I am giving permission to the above-named provider for disclosure of confidential heath care records within the above referenced time frame and with the exception of those records excluded above. I also understand that I have a right to revoke this consent.

This release **does not authorize you to orally** communicate any information concerning the above patient to THE LAW OFFICES OF ROGER S. MACKEY. This release is restricted to existing written documents and things only.

      This authorization will remain in effect for 180 days form the date executed or until revoked by me in writing.

Signature_____
Steven A. Williams
Date:    _____