UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, et al. | ) |
| | ) |
| Defendants | ) |

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL PLAINTIFF TO SIGN
MEDICAL RELEASE AUTHORIZATION**

Your Defendants, by and through counsel, reply to Plaintiff's Opposition as follows:

1. Despite the fact that this case was filed almost one year ago and that discovery has been outstanding for more than six months, the vast majority of the Plaintiff's medical treatment records have yet to be provided despite repeated requests for same.

2. Having obtained some medical records through independent efforts by defense counsel (via subpoena, etc.) it is apparent the Plaintiff has past medical history that is clearly relevant to his current claim of traumatic brain injury as a result of the September 2002 accident.

3. Among these records are several references to a past medical history which includes head trauma, seizure disorder, medical noncompliance, possible narcotic

abuse/dependence, personality disorder, and severe psychosocial disorders, all of which pre-dated the incident of September 2002.

4. Plaintiff is claiming a traumatic brain injury resulting from the incident in September 2002. Clearly his past medical treatment, particularly that which has to do with head trauma, seizure disorder, medical noncompliance, possible narcotic abuse/dependence, personality disorder, and severe psychosocial disorders, all of which pre-dated the incident of September 2002, are clearly relevant and vital to the complete history and analysis by any expert Defendants may retain in this case.

5. Defendants would agree to exclude requests for any information related to HIV/AIDS, genetic information, sexually transmitted disease information and tuberculoses, but would not agree that time limitation on any such release would be appropriate.

6. A proposed (revised) form of release is attached hereto as Exhibit A.

WHEREFORE, for the reasons stated above, your Defendants request that their Motion be granted and that Plaintiff be ordered to endorse the consent form attached hereto as Exhibit A.

Respectfully submitted,

/s/

_____
Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants

Certificate of Service

I HEREBY CERTIFY that on the 24th day of August, 2006, I served a copy of the foregoing, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
Counsel for Plaintiff

/S/
_____
Paul R. Pearson, Esquire

3