# EXHIBIT A

LAW OFFICES
OF
# Roger S. Mackey

14008 PARKEAST CIRCLE
CHANTILLY, VIRGINIA 20151

TELEPHONE: (703) 818-6930
FACSIMILE: (703)818-6931

ROGER S. MACKEY*°+
WALTER S. BOONE, III*+
HARRY J. CARLETON*°
AMY L. EPSTEIN*°+
FRANCIS G. MARRIN*+
(*DC °MD +VA)

MICHAEL E. OLLEN*+
PAUL R. PEARSON*°+
ROCCO P. PORRECO*°+
BEVERLEY A. RAMSEY+
SCOTT E. SNYDER*°+

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

## CONSENT FOR RELEASE OF CONFIDENTIAL MEDICAL CARE INFORMATION

TO:     _____
        _____
        _____
        _____

FROM:   Paul R. Pearson, Esquire
        Law Offices of Roger S. Mackey
        14008 Park East Circle
        Chantilly, VA  20151

PATIENT:   **Steven A. Williams**   DOB: ███████   SSN: ████████

You are hereby expressly authorized and directed to release to Paul R. Pearson, Esquire and the law firm of LAW OFFICES OF ROGER S. MACKEY, copies of all medical records concerning the examination and treatment of the above-listed patient including, but not limited to, office records, notes, inpatient records, emergency and outpatient records, consultations, laboratory and other tests and reports, radiology films and reports, evaluations, correspondence, memoranda, billing and insurance records and all other records or materials of any nature whatsoever concerning **Steven A. Williams with the exception that:**

- The above request **excludes** any information related to 1) HIV/AIDS related information; 2) genetic information 3) sexually transmitted disease information; and 4) tuberculosis information.

A photocopy of this authorization form is valid as the original.

Any charge for photocopying will be paid by THE LAW OFFICES OF ROGER S. MACKEY.

As the person signing this consent, I understand that I am giving permission to the above-named provider for disclosure of confidential health care records with the exception of those records excluded above.

This release **does not authorize you** to orally communicate any information concerning the above patient to THE LAW OFFICES OF ROGER S. MACKEY. This release is restricted to existing written documents and things only.

This authorization will remain in effect for 180 days from the date of execution.

Signature: _____
Steven A. Williams

Date: _____

2