UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY** | ) |
| **(WMATA), et al.,** | ) |
| | ) |
|    **Defendants** | ) |

### CONSENT MOTION TO MODIFY SCHEDULING ORDER, TO EXTEND ALL DEADLINES FOR NINETY DAYS AND VACATE PRE-TRIAL AND TRIAL DATE

Plaintiff, by and through counsel, file this Consent Motion To Modify Scheduling Order To Extend All Deadlines For Ninety Days And Vacate Pre-Trial and Trial Date and in support thereof states as follows:

1. This case involves an automobile accident that occurred here in the District of Columbia wherein Plaintiff states he suffered a closed head injury and other injures and Defendant disputes same.

2. Since the accident Plaintiff has been treated by a number of doctors and facilities both in Washington DC Metropolitan Area and mostly in the State of Illinois.

3. Indeed, since the case was filed Plaintiff has received medical treatment on numerous occasions and is currently hospitalized.

4. Both counsel for Plaintiff and Defendant have been attempting to obtain all of the

**1**

relevant medical records to properly litigate this matter. To date, all parties are still awaiting the receipt of complete medical records from the out of state providers.

5. Additionally, both parties have concluded that depositions are needed of out of state providers primarily located in the State of Illinois. These depositions will require counsel to travel to Illinois for several days.

6. Further, the parties cannot not effectively conduct said depositions until all medical records are received from said medical providers.

7. Counsel for the parties have discussed and agreed to instituting a miscellaneous action, if necessary, in Illinois so that subpoenas can be issued to seek medical records not received yet and conduct necessary depositions in the jurisdiction.

8. While the parties understand that this request for extension of all deadlines will result in the scheduling order being modified, it is in the spirit of justice that modification of the current scheduling order occur.

9. No party will be harmed or prejudiced by the granting of said extensions of time and modification of the scheduling order.

10. Given the current posture of the case and the request for an extension of time, counsel for the parties requests that the current October pre-trial and November trial dates be vacated and rescheduled after discovery is completed.

11. Defendants consent to this motion through counsel for Plaintiff.

Wherefore, for the reasons stated herein, Plaintiffs request that the foregoing motion be granted.

Respectfully submitted,

/S/ E. Gregory Watson_____
Stephanie D. Moran, [DC Bar Number 471555]
E. Gregory Watson [MD14298]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505 (Tel)
(301) 429-0371 (Fax)

Certificate of Service

    I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on August 31, 2006 by electronic mail and/or forwarding same to:

    Paul R. Pearson, Esquire
    D.C. Bar # 386823
    Law Offices of Roger S. Mackey
    14008 ParkEast Circle
    Chantilly, VA 20151

        /S/ E. Gregory Watson_____