# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY** | ) |
| **(WMATA), et al.,** | ) |
| | ) |
|     **Defendants** | ) |

Upon consideration of Consent Motion To Modify Scheduling Order To Extend All Deadlines For Ninety Days And Vacate Pre-Trial and Trial Date Motion To Modify Scheduling, it is hereby

ORDERED, that the Consent Motion is hereby GRANTED; and it is

FURTHER ORDERED, that the Scheduling Order be, and the same hereby is, amended and all dates are hereby extended for a period of ninety days. It is

FURTHER ORDERED, that the October pre-trial and November trial dates be and the same hereby are VACTATED pending the close of discovery.

.

 

_____
Magistrate Deborah A. Robinson
United States District Court
District of Columbia

**1**