UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

STEVEN A. WILLIAMS,              )
                                 )
    Plaintiff,                   )
                                 )
v.                               ) Case No. 05-cv-02333-DAR
                                 )
WASHINGTON METROPOLITAN          )
AREA TRANSIT AUTHORITY, et al.   )
                                 )
    Defendants                   )

## MOTION TO CONTINUE/RESCHEDULE PRE-TRIAL AND TRIAL

COMES NOW, the Defendants, by and through counsel, and move this Honorable Court for entry of an Order rescheduling Pre-trial and Trial for the reasons set forth below:

1. By Minute Order entered September 7, 2006 the Plaintiff's Consent Motion to extend discovery deadlines was granted and a final Pre-Trial Conference was scheduled for Tuesday, February 13, 2007 at 2:00 p.m. with trial being continued to Tuesday, March 13, 2007 at 9:30 a.m.

2. Counsel for Defendants is currently scheduled for trial in the Spotsylvania County Circuit Court in the case of *Whitney v. Pritchard, et al.* Case No. 177CL05000024 (on February 12 and 13, 2007).

3. Counsel is also scheduled to be in trial in the Fairfax County Circuit Court in the case of *Wagner v. Flowserve, et al.*, (Case No. CL2006-2705) on March 12, 13 and 14, 2007.

23 through 27, 2007.

5. Counsel for Defendants has requested available dates from counsel for the plaintiff but has received no response to those requests.

WHEREFORE your Defendants, by and through counsel, respectfully move this Honorable Court for entry of an Order continuing/rescheduling Pre-Trial and Trial as set forth above.

Respectfully submitted,