## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, et al. | ) |
| | ) |
| **Defendants** | ) |

## MOTION FOR SANCTIONS

COMES NOW Defendant, Battle's Transportation, by and through counsel, and moves this Honorable Court for entry of an Order pursuant to Rule 37(b) of the Federal Rules of Civil Procedure and as grounds states the following:

1. On or about August 10, 2006 this Defendant filed a Motion to Compel Plaintiff to sign a medical release authorization.

2. As stated in Defendant's Motion and Reply to Plaintiff's Opposition, it is apparent from a review of the available records that Plaintiff has a past medical history that is clearly relevant to his current claim of traumatic brain injury as a result of the September 2, 2002 accident.

3. The ability to obtain and review all past medical records which may have a bearing on these claims is critical to the defense of this case.

4.   On September 7, 2006 this Honorable Court granted Defendant's Motion and ordered Plaintiff to execute the revised form of Release proposed by Defendant Battle's Transportation within ten (10) calendar days of said Order.

5.   Counsel for Defendant has not received the signed Release as of the time of the filing of this Motion.

6.   Several attempts have been made to contact counsel for Plaintiff by telephone, facsimile and e-mail to resolve this issue but no response has been received as of the time of the filing of this Motion.

7.   This Honorable Court recently granted Plaintiff's Consent Motion to extend discovery in this case by approximately eight weeks.  At this point two of those eight weeks have gone by and defense counsel is still unable to obtain additional records necessary to defend this action.

WHEREFORE your Defendant, Battle's Transportation, by and through counsel, respectfully moves this Honorable Court for entry of an appropriate Order under Rule 37(b) of the Federal Rules of Civil Procedure to include:  (a) refusing to allow Plaintiff to present a claim for traumatic brain injury or (b) dismissing this action in its entirety; and (c) that Plaintiff pay reasonable expenses, including attorney's fees, caused by his failure to comply with this Court's Order and for such other and further relief as this Court may deem appropriate.

Respectfully submitted,

/s/

_____

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants

Certificate of Service

I HEREBY CERTIFY that on the 20th day of September, 2006, I served a copy of the foregoing, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD  20785

/S/_____
Paul R. Pearson, Esquire