UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, et al. | ) |
| | ) |
| Defendants | ) |

## SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF MOTION FOR SANCTIONS

COMES NOW Defendants, by counsel, and in addition to the Memorandum filed previously state as follows;

1. On or about September 29, 2006, Plaintiff's counsel faxed to Defendant's counsel a medical records release executed by the Plaintiff. A copy of this release and the fax cover sheet is attached as an Exhibit.

2. The executed release provided does not comport with the Order of the Court directing Plaintiff to sign said release because;

A. Material and significant changes have been made to the release by Plaintiff's counsel in that despite the fact that Plaintiff has a pertinent and relevant medical history predating 2000, the release provided has been changed to require production of records only from "the year 2000 to the present;" and an exclusion for "drug and alcohol information" has been added.

B. It is not the release prepared by Defendants and is not on defense counsel's

letterhead, but on a letterhead concocted for defense counsel by Plaintiff 's

counsel.

3. Plaintiff signed the release on September 27, 2006, but it was not provided to

Defendants until two days later.

4. Plaintiff requested an extension in discovery in this case and yet has taken in

excess of three weeks to produce an executed release, which will not produce the

discovery to which Defendants are entitled and which is not in conformity with the Order

of this Court.

WHEREFORE, Defendants pray for the award of sanctions as set out in their

Motion.

Respectfully submitted,

/s/

_____

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants

## Certificate of Service

I HEREBY CERTIFY that on the 29th day of September, 2006, I served a copy of the foregoing, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD  20785

/S/
Paul R. Pearson, Esquire

3