IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS | * |
| Plaintiff, | * |
| v. | *   Case No. 1:05-cv-2333-DAR |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA) *et al.* | * |
| Defendants. | * |

**OPPOSITION TO MOTION FOR SANCTIONS**

Now Comes, Plaintiff, by and through counsel and hereby files this Opposition To Motion For Sanctions, and in support thereof states as follows:

1. The court entered a Minute Order on September 7, 2006, directing Plaintiff to provide an executed medical release within ten (10) calendar days.

2. The Plaintiff was hospitalized out of the DC Metropolitan region which caused great difficulty in obtaining an executed medical release.

3. The medical release was faxed to the hospital but was not delivered to Plaintiff despite assurances from the hospital that it would be delivered to his room.

4. Counsel for Plaintiff advised counsel for Defendant of the situation.

5. Thereafter, Defendant filed a Motion For Sanctions on September 20, 2006, in the above-captioned matter stating that Plaintiff failed to provide an executed medical release in the timeline ordered by the court.

6. After said motion was filed, counsel for Defendant advised that said motion would be withdrawn upon receipt of the medical release in question.

7. Counsel for Defendant had been advised that the Plaintiff was hospitalized which caused an unexpected delay in obtaining an executed medical release.

8. An executed medical release was subsequently provided to counsel for Defendant once Plaintiff was released from the hospital and able to arrange for receipt of the medical release.

9. On September 29, 2006, Defendant filed a Supplemental Motion For Sanctions stating that the wrong executed medical release was provided.

10. Immediately thereafter, on Friday September 29, 2006, counsel for Plaintiff Stephanie D. Moran and counsel for Defendant Paul Pearson discussed the fact that several medical releases had been provided to counsel for Plaintiff and the wrong one was inadvertently executed.

11. Counsel for Plaintiff also advised counsel for Defendant that all of the medical releases provided by Defendant contained the wrong social security number and date of birth.

12. Counsel for Plaintiff and counsel for Defendant further discussed Defendant still honoring its representation that the Motion For Sanctions would be withdrawn if the corrected medical release was provided.

13. On Monday, October 2, 2006, the corrected medical release was provided to Defendant.

14. Counsel for Plaintiff attempted to contact counsel for Defendant, Paul Pearson, to determine whether he would still withdraw the Motion For Sanctions, however, Mr. Pearson is out of his office until October 6, 2006. Indeed, Mr. Pearson was also out of his office last week as well.

15. Plaintiff should not be sanctioned for the delay in providing the executed medical release. Plaintiff was hospitalized and did not receive the medical release forwarded to the hospital by his counsel.

16. Additionally, the fact that the wrong medical release was initially executed was an oversight. The Defendant has provided Plaintiff with several different releases and the fact that the wrong release was initially executed was simply a mistake.

17. Further, the corrected release was provided within one business day of Defendant advising that the wrong medical release was provided.

18. Moreover, counsel for Defendant was out of his office for the past two weeks and as such, was not harmed.

19. That it would not be in the interests of justice to sanction the Plaintiff for the delay in providing the executed medical release given his hospitalization.

20. That Defendant is not harmed by the delay and that Plaintiff is amenable to extending the discovery deadline if Defendant needs additional time given the delay. Extending such deadline will not delay the trial.

21. The trial in this matter is not scheduled until 2007.

WHEREFORE, Plaintiff requests that the Motion For Sanctions be denied.

Respectfully Submitted:

/s/ Stephanie D. Moran
Stephanie D. Moran

CERT OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served on counsel for Defendants either electronically and/or by mailing same first-class mail postage prepaid on October 2, 2006.

/s/ Stephanie D. Moran
Stephanie Moran