### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. WILLIAMS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Case No. 1:05-cv-2333-DAR |
| | * | |
| WASHINGTON METROPOLITAN AREA | * | |
| TRANSIT AUTHORITY (WMATA) *et al.* | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

### RESPONSE TO MOTION TO CONTINUE TRIAL ND PRETRIAL

Now Comes, Plaintiff, by and through counsel and hereby files this Response To

Motion To Continue Trial and Pretrial, and in support thereof states as follows:

1.      Plaintiff is amenable to rescheduling the trial and pretrial dates, however,

counsel for Plaintiff request that the pre-trial be held in March, 2007 and

the trial be held in April, 2007 due to matters already scheduled.

WHEREFORE, Plaintiff requests that the pre-trail be held in March and the trail

held in April, 2007.

Respectfully Submitted:


/s/ Stephanie D. Moran
Stephanie D. Moran

CERT OF SERVICE

 I hereby certify that I caused a copy of the foregoing to be served on counsel for
Defendants either electronically and/or by mailing same first-class mail postage prepaid
on October 2, 2006.


/s/ Stephanie D. Moran
Stephanie Moran