IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS  *<br>  *<br>   Plaintiff,  *<br>  *<br>  *<br>v.  *<br>  *<br>WASHINGTON METROPOLITAN  *<br>TRANSIT AUTHORITY (WMATA), *et al.*  *<br>  *<br>  *<br>   Defendants.  *<br>  *<br>  * | Case No. 05-cv-02333-RLJ |

**SUPPLEMENTAL RESPONSE
PROVIDING DATES AVAILABLE FOR PRE-TRIAL AND TRIAL**

    Now Comes Plaintiff by and through counsel and provides the dates Plaintiff and counsel are available for pre-trial and trial:

1. Plaintiff and counsel are available for pre-trial on 2/15, 2/19, 2/20, 2/21 and 2/22.

2. Plaintiff and counsel are not available for trial in March inasmuch as counsel for plaintiff has two separate trials and at least one hearing already scheduled in that month.  Specifically, Plaintiff is not available from March 1, 2007 through March 7, 2007 due to preparation and attendance in the trial of Johnson vs Johnson, Circuit Court of Prince George's County; not available March 27, 2007 due to hearing in Relles vs Relles, Circuit for Prince George's County and not available March 22 through March 28,

    **2007, due to preparation and trial in Jewel vs Jewel, Circuit Court For Prince George's County.**

3. **Given the preparation needed to conduct the trial in this matter and the schedule of counsel for Plaintiff in March, 2007, it would be very difficult to prepare for and conduct trial in this matter in the month of March, 2007.**

4. **Plaintiff and counsel are available in April, 200,7 for trial in this matter.**

5. **As such, Plaintiff request that the pre-trial be held in accordance with the schedule above and that trial in this matter be scheduled in April, 2007.**

Date: October 3, 2007                                /s/_____
                                                                    E. Gregory Watson
                                                                    (DC Fed Bar No. #14398)

                                                                    Watson & Moran, LLC
                                                                    8401 Corporate Dr. Ste. 110
                                                                    Landover, Maryland 20785
                                                                    Tel. (301) 429-0505
                                                                    Fax. (301) 429-0371

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2006, I caused the foregoing Entry of Appearance to be served on Defendant *via* electronic case filing and/or by mailing the same first class mail, postage prepaid to Counsel for Defendants: Paul R. Pearson, 14008 Parkeast Circle, Chantilly, VA 20151.

                                                                    /s/_____
                                                                    E. Gregory Watson