UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, et al. | ) |
| | ) |
| Defendants | ) |

### SECOND SUPPLEMENTAL MEMORANDUM
### IN SUPPORT OF MOTION FOR SANCTIONS

COMES NOW Defendants, by counsel, and stated that on Monday, October 2, 2006, Plaintiff provided an executed copy of Defendant's medical release authorization.

A copy of this authorization is attached as Exhibit 1.

Respectfully submitted,

/s/
_____
Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants

<u>Certificate of Service</u>

    I HEREBY CERTIFY that on the 4th day of October, 2006, I served a copy of the foregoing, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD  20785

                                        /S/_____
                                        Paul R. Pearson, Esquire