10/02/2006  ████████  301-429-0371  WATSON & MORAN LLC  PAGE 01/03

8401 Corporate Drive,
Metro-Plex I
Suite 110
Landover, MD 20785
(301) 429-0505
(301) 429-0371 fax


Watson & Moran, LLC

# Fax

**To:** Paul Pearson  **From:** Stephanie Moran

**Fax:** 703-818-6931  **Pages:**

**Phone:**  **Date:**

**Re:**  **CC:**

☐ Urgent   x **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

This fax contains information intended only for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this information in error, please notify us by telephone immediately.

Case 1:05-cv-02333-DAR   Document 17   Filed 08/28/2006   Page 2 of 3

LAW OFFICES
OF
# Roger S. Mackey

14008 PARK EAST CIRCLE
CHANTILLY, VIRGINIA 20151

TELEPHONE: (703) 818-8930
FACSIMILE: (703) 818-6931

ROGER S. MACKEY
WALTER S. BOONE, III
HARRY J. CARLETON
AMY L. EPSTEIN
FRANCIS G. MARRIN
(DC MD VA)

MICHAEL E. OLLEN
PAUL R. PEARSON
ROCCO P. PORREGO
BEVERLEY A. RAMSEY
SCOTT B. SNYDER

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

## CONSENT FOR RELEASE OF CONFIDENTIAL MEDICAL CARE INFORMATION

TO:  _____

FROM:  Paul R. Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151

PATIENT:  Steven A. Williams  DOB: ~~3/19/66~~ 3/20/66  SSN: ~~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~~ 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

You are hereby expressly authorized and directed to release to Paul R. Pearson, Esquire and the law firm of LAW OFFICES OF ROGER S. MACKEY, copies of all medical records concerning the examination and treatment of the above-listed patient including, but not limited to, office records, notes, inpatient records, emergency and outpatient records, consultations, laboratory and other tests and reports, radiology films and reports, evaluations, correspondence, memoranda, billing and insurance records and all other records or materials of any nature whatsoever concerning Steven A. Williams with the exception that:

- The above request **excludes** any information related to 1) HIV/AIDS related information; 2) genetic information 3) sexually transmitted disease information; and 4) tuberculosis information.

A photocopy of this authorization form is valid as the original.

Any charge for photocopying will be paid by THE LAW OFFICES OF ROGER S. MACKEY.

As the person signing this consent, I understand that I am giving permission to the above-named provider for disclosure of confidential health care records with the exception of those records excluded above.

This release does **not authorize** you to orally communicate any information concerning the above patient to THE LAW OFFICES OF ROGER S. MACKEY. This release is restricted to existing written documents and things only.

This authorization will remain in effect for 180 days from the date of execution.

Signature: *Steven A Williams*
Steven A. Williams

Date: 10/2/06

2