UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-cv-02333-DAR |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY, et al. | ) |
| | ) |
| Defendants | ) |

### LINE WITHDRAWING MOTION

The Court will please withdraw the Motion for Sanctions previously filed on behalf of Defendant Battle's Transportation as Plaintiff has now complied with the Court's Order of September 7, 2006.

Respectfully submitted,

/s/

_____
Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925 Telephone
(703) 818-6931 Fax
Counsel for Defendants

<u>Certificate of Service</u>

  I HEREBY CERTIFY that on the 6th day of October, 2006, I served a copy of the foregoing, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

            /S/_____
            Paul R. Pearson, Esquire