UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 05-cv-02333-DAR |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY** | ) |
| **(WMATA), et al.,** | ) |
| | ) |
|     **Defendants** | ) |

### MOTION TO MODIFY SCHEDULING ORDER, TO EXTEND DISCOVERY DEADLINES FOR NINETY DAYS AND DEADLINE FOR PLAINTIFF TO IDENTIFY EXPERT WITNESS

Plaintiff, by and through counsel, hereby files this Motion To Modify Scheduling Order To Extend Discovery Deadlines For Ninety Days And Deadline To Identify Expert Witness and in support thereof states as follows:

1.    This case involves an automobile accident that occurred here in the District of Columbia, wherein Plaintiff states he suffered a closed head injury and other injures and Defendant disputes same.

2.    In the years since the accident, Plaintiff has been treated by a number of doctors and facilities which are primarily in the State of Illinois.

3.    Indeed, since the filing of this case, Plaintiff has received medical treatment on numerous occasions and has been hospitalized at various points, including for an extended period of time in August and September, 2006.

**1**

4. Both counsel for Plaintiff and Defendant have been attempting to obtain all of the relevant medical records to properly litigate this matter. To date, all parties are still awaiting the receipt of complete medical records from the out of stated providers. The receipt of a number of medical records was delayed because both counsel for the Plaintiff and Defendant needed to obtain an updated medical release from Plaintiff and could not as a result of his hospitalization. Indeed, respective counsel only received such updated medical releases in early October of 2006.

5. Further, Plaintiff intends to undergo neurological testing which is to be initiated following an assessment by Dr. Qalabani of the University of Illinois Medical Center. Because this testing would also be part of Plaintiff's Illinois Medicaid certification process, it would be provided free of cost to Plaintiff. Unfortunately, Plaintiff was hospitalized in August, the week prior to a scheduled appointment with Dr. Qalabani.

6. As a result of the above, Plaintiff seek additional time to secure his expert and file related reports.

7. Additionally, counsel for the parties will need to travel to the State of Illinois to conduct depositions. However, these depositions cannot be conducted until the medical records are received. These depositions will require counsel to travel to Illinois for several days.

8. While the Plaintiff understands that this request for extension of said deadlines will result in the scheduling order being modified, it is in the spirit of justice that modification of the current scheduling order occur.

9. No party will be harmed or prejudiced by the granting of said extensions of time and modification of the scheduling order. Indeed, the pre-trial is now scheduled on April 10, 2006 and the trial is scheduled on May 21, 2006.

Wherefore, for the reasons stated herein, Plaintiffs request that the foregoing motion be granted and that the deadline for identification of his expert witness be extended until December 31, 2006; and the deadline for discovery be extended for ninety days.

Respectfully submitted,

/S/ E. Gregory Watson_____
Stephanie D. Moran, [DC Bar Number 471555]
E. Gregory Watson [MD14298]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505 (Tel)
(301) 429-0371 (Fax)

Certificate of Service

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on October 20, 2006 by electronic mail and/or forwarding same to:

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151

/S/ E. Gregory Watson_____