UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 05-cv-02333-DAR |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY** ) | |
| **(WMATA), et al.,** ) | |
| ) | |
| **Defendants** ) | |

Upon consideration of Plaintiff's Motion To Modify Scheduling Order To Extend Discovery Deadlines For Ninety Days And Deadline For Plaintiff to Identify Expert Witness, it is hereby,

ORDERED, that the Motion is hereby GRANTED; and it is

FURTHER ORDERED, that Discovery deadline is hereby extended for a period of ninety (90) days; and it is

FURTHER ORDERED, that Plaintiff shall identify his expert witness by December 31, 2006.

.

_____
Magistrate Deborah A. Robinson
United States District Court
District of Columbia