**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **STEVEN A. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-cv-02333-DAR** |
| | ) | |
| **WASHINGTON METROPOLITAN** | ) | |
| **AREA TRANSIT AUTHORITY** | ) | |
| **(WMATA),** *et al.,* | ) | |
| | ) | |
| **Defendants** | ) | |

**PLAINTIFF'S MOTION TO MODIFY  SCHEDULING ORDER,**
**TO EXTEND DISCOVERY  DEADLINES FOR THIRTY DAYS AND**
**DEADLINE TO IDENTIFY EXPERT WITNESS**

Plaintiff, by and through counsel, hereby files this Motion To Modify Scheduling Order To

Extend Discovery Deadlines For Thirty Days And Deadline To Identify Expert Witness and in

support thereof states as follows:

1.     This case involves an automobile accident that occurred here in the District of

Columbia, wherein Plaintiff states he suffered a closed head injury and other injures and Defendant

disputes same.

2.     On or about January 24, 2007, Plaintiff had a neurological evaluation at Memorial

Medical Center in Springfield, Illinois.  The results have not been provided as of this writing.

3.     Plaintiff has requested the results, medical records and billing records related to the

evaluation inasmuch as they are pertinent to the litigation of this case.

4.     Plaintiff seeks to depose the doctor who performed the evaluation and testing but

**1**

must obtain the requested records in order to conduct the deposition.

5.      Counsel for Defendant consents to an extension of discovery to depose the doctor who performed the evaluation.

6.      Plaintiff seeks to also depose other medical professionals regarding the evaluation, including the expert witness identified by Defendant.

7.      Plaintiff has been working with his medical and services providers to complete the neurological evaluation for months.  Plaintiff was hospitalized on several occasions over the past year and unable to attend certain medical appointments.

8.      Additionally, Plaintiff and Defendant are waiting to receive medical records from University of Illinois Medical Center.  Defendant issued a Subpoena on November 1, 2006, to obtain these records.  Despite the Subpoena, and request from Plaintiff the medical records were not provided.

9.      Counsel for Plaintiff escalated the matter to a manager in the records department and was advised that the medical records will be provide within seven (7) business days from yesterday, February 8, 2007.  Plaintiff is also awaiting receipt of the medical bills.

10.      These medical records and bills are pertinent to litigating this matter.

11.      Plaintiff needed to obtain these medical records and neurological evaluation in order to retain an expert witness.

12.      Now that Plaintiff's evaluation has been completed and the remaining medical records will be received in the next week, Plaintiff seeks to retain an expert witness.

13.      Plaintiff is unable to work and the neurological evaluation was provided through an Illinois state funded program.  Plaintiff had to complete a certification process in order to undergo

the evaluation which took time and was at one point delayed due to the hospitalization of Plaintiff on several occasions.

14.    As a result of the above, Plaintiff seeks additional time to complete discovery and to secure his expert and file related reports.

15.    Additionally, counsel for the parties will need to travel to the State of Illinois to conduct depositions.

16.    While the Plaintiff understands that this request for extension of said deadlines will result in the scheduling order being modified, it is in the spirit of justice that modification of the current scheduling order occur.

17.    No party will be harmed or prejudiced by the granting of said extensions of time and modification of the scheduling order.  Indeed, the pre-trial is now scheduled on April 10, 2006 and the trial is scheduled on May 21, 2006.

Wherefore, for the reasons stated herein, Plaintiff requests that the foregoing motion be granted and that the deadline for discovery and identification of his expert witness be extended until March 10, 2007.

Respectfully submitted,

/S/ E. Gregory Watson_____
Stephanie D. Moran, [DC Bar Number 471555]
E. Gregory Watson [MD14298]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505 (Tel)
(301) 429-0371 (Fax)

<u>Certificate of Service</u>

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on February 9, 2007, by electronic mail and/or forwarding same to:

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151


/S/ E. Gregory Watson