EXHIBIT

1

tabbies'

LAW OFFICES
OF

# Roger S. Mackey

14008 PARKEAST CIRCLE
CHANTILLY, VIRGINIA 20151

ROGER S. MACKEY*°+
WALTER S. BOONE, III*+
HARRY J. CARLETON*°
AMY L. EPSTEIN*°+
FRANCIS G. MARRIN*+
(*DC °MD +VA)

TELEPHONE: (703) 818-6930
FACSIMILE: (703)818-6931

MICHAEL E. OLLEN*+
PAUL R. PEARSON*°+
ROCCO P. PORRECO*°+
BEVERLEY A. RAMSEY+
SCOTT E. SNYDER*°+

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

July 10, 2006

E. Gregory Watson, Esquire
Stephanie Moran, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD  20785

RE:    Steven A. Williams v. WMATA, et al.
       United States District Court for the District of Columbia
       Case No.:    05-2333-DAR
       D/A:         9/18/02
       Claim No.:   196 PP ARC0770
       File No.:    050755 (PM# 0382611)

Dear Counsel:

In accordance with Stephanie's request I am enclosing copies of all medical records we
have received in response to the subpoenas which we previously issued.  Enclosed with
these copies is an invoice for copying charges in the amount of $34.84.  Please forward
your check in that amount payable to the Law Offices of Roger S. Mackey at your
earliest convenience.

Very truly yours,

Paul R. Pearson

Paul R. Pearson

PRP/kj
Enclosures
cc:    Al Williams, Case Manager

*Law Offices of Roger S. Mackey is not a partnership or professional corporation
All attorneys are employees of The Travelers Indemnity Company
and its Property Casualty Affiliates and Subsidiaries.*


EXHIBIT
2

LAW OFFICES
OF

# Roger S. Mackey

14008 PARKEAST CIRCLE
CHANTILLY, VIRGINIA 20151

TELEPHONE: (703) 818-6930
FACSIMILE: (703)818-6931

ROGER S. MACKEY*°+
WALTER S. BOONE, III*+
HARRY J. CARLETON*°
AMY L. EPSTEIN*°+
FRANCIS G. MARRIN*+
(*DC °MD +VA)

MICHAEL E. OLLEN*+
PAUL R. PEARSON*°+
ROCCO P. PORRECO*°+
BEVERLEY A. RAMSEY+
SCOTT E. SNYDER*°+

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

**VIA FACSIMILE and FIRST CLASS MAIL**
**301-429-0371**

August 4, 2006

E. Gregory Watson, Esquire
Stephanie Moran, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD 20785

RE:    Steven A. Williams v. WMATA, et al.
       United States District Court for the District of Columbia
       Case No.:    05-2333-DAR
       D/A:         9/18/02
       Claim No.:   196 PP ARC0770
       File No.:    050755 (PM# 0382611)

Dear Counsel:

I have enclosed a copy of the materials I received from the University of the District of
Columbia in response to my recent subpoena. I have also enclosed a copy of my latest
subpoena to the Social Security Administration.

On another note, please let me know if you have been able to obtain any
documentation or medical records from the healthcare facilities at which Mr. Williams
has received treatment out in Illinois. According to the notes I took during Mr.
Williams' deposition, these facilities would include Memorial Medical Center, UIC,
St. Johns Hospital and Northwestern University Hospital.

*Law Offices of Roger S. Mackey is not a partnership or professional corporation*
*All attorneys are employees of The Travelers Indemnity Company*
*and its Property Casualty Affiliates and Subsidiaries.*

E. Gregory Watson, Esquire
Stephanie Moran, Esquire
August 4, 2006
Page 2

As you may recall, I asked you to provide medical records pertaining to Mr. Williams' treatment by letter of February 2, 2006. I then provided you with a medical release to have signed by Mr. Williams on or about March 7, 2006 but you objected to it as "too broad". You then offered to provide an authorization with language which would be acceptable to you but I have never received any such authorization.

I have renewed my request for these medical records several times since then, most recently at the deposition of Mr. Williams which was taken on July 14, 2006. At that time Ms. Moran indicated to me that she anticipated obtaining those records and would be providing them to me. However, to date, I have received no additional records.

Please let me know by close of business on August 8, 2006 if you are willing to have Mr. Williams sign an authorization so I may directly request records from the various healthcare facilities in Illinois or whether it will be necessary for me to put this down on the court's docket. As you know, the Scheduling Order currently in effect requires that all discovery shall be commenced in time to be completed by September 8, 2006 and that date is coming up very, very quickly.

Thank you for your anticipated courtesy and cooperation in this matter.

Very truly yours,

Paul R. Pearson

PRP/kj
Enclosures
cc:    Al Williams, Case Manager

*Law Offices of Roger S. Mackey is not a partnership or professional corporation
All attorneys are employees of The Travelers Indemnity Company
and its Property Casualty Affiliates and Subsidiaries.*

EXHIBIT

3

LAW OFFICES
OF

# Roger S. Mackey

14008 PARKEAST CIRCLE
CHANTILLY, VIRGINIA 20151

ROGER S. MACKEY*°+
WALTER S. BOONE, III*+
HARRY J. CARLETON*°
AMY L. EPSTEIN*°+
FRANCIS G. MARRIN*+
(*DC °MD +VA)

TELEPHONE: (703) 818-6930
FACSIMILE: (703)818-6931

MICHAEL E. OLLEN*+
PAUL R. PEARSON*°+
ROCCO P. PORRECO*°+
BEVERLEY A. RAMSEY+
SCOTT E. SNYDER*°+

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

**VIA FACSIMILE and FIRST CLASS MAIL
(301-429-0371)**

October 27, 2006

Stephanie Moran, Esquire
E. Gregory Watson, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD  20785

RE:    Steven A. Williams v. WMATA, et al.
       United States District Court for the District of Columbia
       Case No.:    05-2333-DAR
       D/A:         9/18/02
       Claim No.:   196 PP ARC0770
       File No.:    050755 (PM# 0382611)

Dear Stephanie and Greg:

I have not yet heard back from you with regard to my request of October 18, 2006
concerning the Consent for Release of Medical Care Information addressed to
Memorial Medical Center in Springfield, Illinois.  I have, once again, enclosed a
revised form which I would ask you to have signed by Mr. Williams and returned to
me as soon as possible.

I have also enclosed a Consent for Disclosure form provided to me by St. John's
Hospital.  They, too, would not accept the form previously signed by Mr. Williams.
Please forward this Consent for Disclosure to Mr. Williams as well with a request
that he sign it and return it as soon as possible.  Please note this form must be
witnessed as well as being signed by Mr. Williams.  Please have him include his
current address and phone number on the form.

*Law Offices of Roger S. Mackey is not a partnership or professional corporation
All attorneys are employees of The Travelers Indemnity Company
and its Property Casualty Affiliates and Subsidiaries.*

Stephanie Moran, Esquire
E. Gregory Watson, Esquire
October 27, 2006
Page 2


As we are rapidly running out of time on even the most recent extension, your prompt attention to this matter would be appreciated.

Finally, please let me know if you have selected a mediation date with Mr. Artz so I can block that off on my calendar. As previously indicated, he and I were available as of October 13, 2006, on January 18, 19, 24 and 26 and February 21, 23 and 28, 2007. We need to be sure those dates are still available to Mr. Artz.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

Paul R. Pearson

PRP/kj
Enclosures
cc:    Louise Wall, Case Manager

*Law Offices of Roger S. Mackey is not a partnership or professional corporation*
*All attorneys are employees of The Travelers Indemnity Company*
*and its Property Casualty Affiliates and Subsidiaries.*

EXHIBIT

4

LAW OFFICES
OF
# Roger S. Mackey

14008 PARKEAST CIRCLE
CHANTILLY, VIRGINIA 20151

TELEPHONE: (703) 818-6930
FACSIMILE: (703)818-6931

ROGER S. MACKEY*°+
WALTER S. BOONE, III*+
HARRY J. CARLETON*°
AMY L. EPSTEIN*°+
FRANCIS G. MARRIN*+
(*DC °MD +VA)

MICHAEL E. OLLEN*+
PAUL R. PEARSON*°+
ROCCO P. PORRECO*°+
BEVERLEY A. RAMSEY+
SCOTT E. SNYDER*°+

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

November 1, 2006

Stephanie Moran, Esquire
E. Gregory Watson, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD 20785

RE:    Steven A. Williams v. WMATA, et al.
       United States District Court for the District of Columbia
       Case No.:    05-2333-DAR
       D/A:         9/18/02
       Claim No.:   196 PP ARC0770
       File No.:    050755 (PM# 0382611)

Dear Counsel:

After the latest rejection of the authorizations signed by Mr. Williams, I decided to go ahead and issue subpoenas to the various hospitals of which I am aware. A copy of those subpoenas is attached and, as you can see, the information requested is the same as what was provided on the authorization previously signed by Mr. Williams. Since the hospitals rejected the form signed by Mr. Williams, and I did not receive any response from you to my request for him to sign additional forms, I have gone ahead and issued the enclosed subpoenas. I will be happy to provide you with copies of whatever I receive in response to the subpoenas at your expense.

Thank you for your attention in this matter.

Very truly yours,

Paul R. Pearson

PRP/kj
Enclosures
cc:    Louise Wall, Case Manager

*Law Offices of Roger S. Mackey is not a partnership or professional corporation
All attorneys are employees of The Travelers Indemnity Company
and its Property Casualty Affiliates and Subsidiaries.*



EXHIBIT
5

LAW OFFICES
OF

# Roger S. Mackey

14008 PARKEAST CIRCLE
CHANTILLY, VIRGINIA 20151

ROGER S. MACKEY*°+
WALTER S. BOONE, III*+
HARRY J. CARLETON*°
AMY L. EPSTEIN*°+
FRANCIS G. MARRIN*+
(*DC °MD +VA)

TELEPHONE:  (703) 818-6930
FACSIMILE:  (703)818-6931

MICHAEL E. OLLEN*+
PAUL R. PEARSON*°+
ROCCO P. PORRECO*°+
BEVERLEY A. RAMSEY+
SCOTT E. SNYDER*°+

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

December 29, 2006

Stephanie Moran, Esquire
E. Gregory Watson, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD  20785

RE:    Steven A. Williams v. WMATA, et al.
       United States District Court for the District of Columbia
       Case No.:    05-2333-DAR
       D/A:         9/18/02
       Claim No.:   196 PP ARC0770
       File No.:    050755 (PM# 0382611)

Dear Counsel:

I have managed to obtain records from St. Johns Hospital and Memorial Medical
Center in Springfield, Illinois consisting of a total of 2,479 pages.  Copies of those
documents have been made and are being provided to you in a separate shipment.
Please forward your check in the amount of $268.10 payable to "The Travelers
Indemnity Company" for the cost of copying these documents.

I also note that I have not yet received your check in the amount of $54.84 which I
requested from you on July 10, 2006 when I provided you with copies of the previous
medical records we had received via subpoena here in D.C.  Please include that check
as well.

Finally, I have enclosed an authorization from the University of Illinois Medical Center
to be signed by Mr. Williams and returned to me.  Despite the fact that I had issued a
subpoena to that facility they absolutely refuse to provide documents without the

*Law Offices of Roger S. Mackey is not a partnership or professional corporation
All attorneys are employees of The Travelers Indemnity Company
and its Property Casualty Affiliates and Subsidiaries.*

Stephanie Moran, Esquire
E. Gregory Watson, Esquire
December 29, 2006
Page 2


executed release or a court order.  Therefore, if Mr. Williams chooses not to sign the
enclosed release, I will ask the court to issue such an order for all medical records
pertaining to treatment he has received at that facility.  Please let me know as soon as
possible if he intends to do so or not.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

Paul R. Pearson

PRP/kj
Enclosures
cc:    Louise Wall, Case Manager

*Law Offices of Roger S. Mackey is not a partnership or professional corporation
All attorneys are employees of The Travelers Indemnity Company
and its Property Casualty Affiliates and Subsidiaries.*



LAW OFFICES
OF

# Roger S. Mackey

14008 PARKEAST CIRCLE
CHANTILLY, VIRGINIA 20151

ROGER S. MACKEY*°+
WALTER S. BOONE, III*+
HARRY J. CARLETON*°
AMY L. EPSTEIN*°+
FRANCIS G. MARRIN*+
(*DC °MD +VA)

TELEPHONE: (703) 818-6930
FACSIMILE: (703)818-6931

MICHAEL E. OLLEN*+
PAUL R. PEARSON*°+
ROCCO P. PORRECO*°+
BEVERLEY A. RAMSEY+
SCOTT E. SNYDER*°+

Travelers Staff Attorneys
Writer's Direct Line (703) 818-6925
Paul.R.Pearson@travelers.com

January 9, 2007

Stephanie Moran, Esquire
E. Gregory Watson, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD  20785

RE:     Steven A. Williams v. WMATA, et al.
        United States District Court for the District of Columbia
        Case No.:      05-2333-DAR
        D/A:           9/18/02
        Claim No.:     196 PP ARC0770
        File No.:      050755 (PM# 0382611)

Dear Counsel:

I have enclosed additional materials which I recently received from Northwestern
Memorial Hospital in Chicago pursuant to my subpoena.  Please forward your check in
the amount of $80.09 payable to "The Travelers Indemnity Company" for the cost of
copying these documents.

Finally, I have not yet received from you the authorization for the University of Illinois
Medical Center which I provided to you with my letter of December 29, 2006.  Please
advise as to whether or not Mr. Williams is going to sign this release or whether it will
be necessary for me to file a  motion with the court.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

Paul R. Pearson
PRP/kj
Enclosures
cc:     Louise Wall, Case Manager

*Law Offices of Roger S. Mackey is not a partnership or professional corporation
All attorneys are employees of The Travelers Indemnity Company
and its Property Casualty Affiliates and Subsidiaries.*