UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| STEVEN A. WILLIAMS, )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>(WMATA), *et al.,* )<br>)<br>    **Defendants** ) | Case No. 05-cv-02333-DAR |

### PLAINTIFF'S PRE-TRIAL STATEMENT

Plaintiff, by and through counsel, hereby files this Motion To Modify Scheduling Order To Extend Discovery Deadlines For Thirty Days And Deadline To Identify Expert Witness and in support thereof states as follows:

1. **STATEMENT OF CASE:**

Plaintiff was injured in an automobile accident on September 18, 2002, wherein the driver crashed into the concrete curb causing Plaintiff to suffer physical pain, trauma and brain injury.

**PLAINTIIF'S CLAIMS**:

2. Plaintiff seeks claims against Defendants for negligence.

This case involves an automobile accident that occurred here in the District of Columbia, wherein Plaintiff states he suffered a closed head injury and other injures and Defendant disputes same.

**1**

3.  **WITNESSES**:

Plaintiff will call:

a.  Dorothy Williams. Ms. Williams will testify that Plaintiff did not suffer and show any signs of brain trauma prior to the accident. Ms. Williams will testify about how Plaintiff's day-to-day life has been since the accident.

b.  Plaintiff will call doctors from Memorial Medical Center, Washington Hospital Center, St. Johns Hospital Center, Howard Hospital Center and others to testify about his treatment, brain injury, physical pain, injuries, treatment. Plaintiff reserves the right to amend pre-trial statement prior to the pre-trial.

c.  Plaintiff intends to call individuals identified on his initial disclosures and incorporates same by reference.

4.  EXHIBITS:

Plaintiff intends to offer medical records and bills from 9/1/00 through present from Howard Hospital, Washington Hospital Center, Memorial Medical Center, St. Johns Hospital, Phillips and Greene, Memorial Medical Center, neurological testing, CISA and other medical records if the need arises,

5.  Designation of Depositions:

Plaintiff will offer depositions for impeachment and rebuttal purposes, as well as depositions of Lonnie McNair, Danielle Battle, McKinley Battle, and others if the need arises.

6.  Plaintiff has received thousands of dollars in medical treatment, suffered brain injury and seeks several million in compensatory damages.

7.  Plaintiff seeks several million in damages.

Respectfully submitted,

/S/ E. Gregory Watson/ /S/ Stephanie D. Moran
Stephanie D. Moran, [DC Bar Number 471555]
E. Gregory Watson [MD14298]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505 (Tel)
(301) 429-0371 (Fax)

### Certificate of Service

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on March 23, 2007, by electronic mail and/or forwarding same to:

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151

/S/ E. Gregory Watson