**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

**STEVEN A. WILLIAMS,**                      :

    **Plaintiff,**                                      :

**v.**                                                          :          **Case No. 05-cv-02333-DAR**

**WASHINGTON METROPOLITAN**     :
**AREA TRANSIT AUTHORITY**
**(WMATA), et al.,**                               :

    **Defendants**                                  :

<u>**LINE**</u>

**CLERK,**

  Please remove this matter from the trial calendar as the parties in this case have reached a

settlement in principal.  The parties are in the process of reducing their agreement to writing.

                 Respectfully submitted,

                 /S/ E. Gregory Watson_____
                 Stephanie D. Moran, [DC Bar Number 471555]
                 E. Gregory Watson [MD14298]
                 Watson & Moran, LLC
                 8401 Corporate Drive, Suite 110
                 Landover, MD 20785
                 (301) 429-0505 (Tel)
                 (301) 429-0371 (Fax)

1

<u>Certificate of Service</u>

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on April 13, 2007 by electronic mail and/or forwarding same to:

Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151


/S/ E. Gregory Watson

**2**