# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **STEVEN A. WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No. 05-cv-02333-DAR** |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY, et al.** | ) |
| | ) |
| **Defendants** | ) |

## MOTION TO ENFORCE SETTLEMENT

COME NOW your Defendants, by and through counsel, and move this Honorable Court for entry of an Order enforcing the settlement of this case and as grounds states the following:

1. On or about April 12, 2007 counsel for Defendants was advised by Plaintiff's counsel that Mr. Williams had accepted a settlement offer in the amount of $12,000. A copy of an e-mail from Plaintiff's counsel confirming this settlement is attached as Exhibit A.

2. In accordance with this settlement, Plaintiff's counsel filed a Line advising the court of the settlement and asked that the matter be removed from the court's trial calendar for May 21, 2007. A copy of said Line was filed as Document No. 36 and a copy thereof is attached as Exhibit B.

3. Subsequently, Defendants' counsel sent a Dismissal Order and Release to Plaintiff's counsel for signature and return along with a check from Plaintiff's counsel in

the amount of $403.03 to reimburse Defendants for photocopying of certain documents throughout the discovery in this case. A copy of the e-mail transmitting the Release and Dismissal Order is attached as Exhibit C.

4. A reminder was sent to Plaintiff's counsel on May 18, 2007 asking that the signed Release and Dismissal Order be returned and for information concerning the issuance of settlement checks, etc. A copy of said e-mail is attached as Exhibit D.

5. Notwithstanding the settlement of this claim, and efforts by counsel for the Defendants to finalize and conclude the settlement of this claim and have it dismissed from the court's docket, to date no progress has been made.

WHEREFORE, your Defendants, by and through counsel, respectively move this Honorable Court for entry of an Order enforcing the settlement of this claim requiring Plaintiff to sign and return the Release previously provided to him, for a dismissal of this case, with prejudice, and for such other and further relief as this court may deem appropriate.

Respectfully submitted,

/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire
D.C. Bar # 386823
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925
Paul.R.Pearson@Travelers.com
Counsel for Defendants

Certificate of Service

I HEREBY CERTIFY that on the 5th day of June, 2007, I served a copy of the foregoing, first class mail, postage prepaid, to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran LLC
8401 Corporate Drive, Suite 110
Landover, MD  20785

/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire