**Pearson, Paul R., Esq.**

| | |
|---|---|
| **From:** | watsonmoranllc@aol.com |
| **Sent:** | 04/12/2007 04:50 PM |
| **To:** | Pearson,Paul R |
| **CC:** | |
| **BCC:** | |
| **Attachments:** | |
| **Priority:** | Normal |
| **Request:** | None |
| **Security:** | Normal |
| **Deliver After** | 0 days(s) |
| **Subject:** | Re: Williams |

Mr. Pearson:

Mr. Williams has authorized us to accept your offer of $12,000. The only conditions are that (1) we immediately advise the court to mark it as settled so we do not have to file an amended pre-trial and you do not have to object, (2) that separate checks are issued one to Watson & Moran, LLC and the other to Mr. Williams, and (3) argreeable release language.

Please call me immediately.

Stephanie D. Moran

Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505 (Tel)
(301) 429-0371 (Fax)


-----Original Message-----
From: PRPEARSO@travelers.com
To: watsonmoranllc@aol.com
Sent: Tue, 10 Apr 2007 1:37 PM
Subject: RE: Williams


Thanks Stephanie. I'll wait to hear from you.
Paul

Paul R. Pearson
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151-2225
703-818-6925

---

From: HYPERLINK "javascript:parent.ComposeTo("watsonmoranllc%40aol.com", "");"watsonmoranllc@aol.com
[HYPERLINK "javascript:parent.ComposeTo("watsonmoranllc%40aol.com", "");"mailto:watsonmoranllc@aol.com]
Sent: Tuesday, April 10, 2007 1:36 PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

STEVEN A. WILLIAMS,           :

    Plaintiff,              :

v.                            :    Case No. 05-cv-02333-DAR

WASHINGTON METROPOLITAN       :
AREA TRANSIT AUTHORITY
(WMATA), et al.,              :

    Defendants              :

**LINE**

**CLERK,**

Please remove this matter from the trial calendar as the parties in this case have reached a settlement in principal. The parties are in the process of reducing their agreement to writing.

    Respectfully submitted,

    /S/ E. Gregory Watson
    Stephanie D. Moran, [DC Bar Number 471555]
    E. Gregory Watson [MD14298]
    Watson & Moran, LLC
    8401 Corporate Drive, Suite 110
    Landover, MD 20785
    (301) 429-0505 (Tel)
    (301) 429-0371 (Fax)

<u>Certificate of Service</u>

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on April 13, 2007 by electronic mail and/or forwarding same to:

    Paul R. Pearson, Esquire
    D.C. Bar # 386823
    Law Offices of Roger S. Mackey
    14008 ParkEast Circle
    Chantilly, VA 20151

                                          /S/ E. Gregory Watson

Pearson, Paul R., Esq.

| | |
|---|---|
| **From:** | Pearson,Paul R |
| **Sent:** | 04/16/2007 09:35 AM |
| **To:** | 'watsonmoranllc@aol.com' |
| **CC:** | Wall,Louise P; Smith,Randell L |
| **BCC:** | Mackey,Roger S; Ramsey,Beverley |
| **Attachments:** | |
| **Priority:** | Normal |
| **Request:** | None |
| **Security:** | Normal |
| **Deliver After** | 0  days(s) |
| **Subject:** | Williams |

Stephanie: I have attached a Dismissal Order and Release. Please print and sign the Dismissal Order, have Mr. Williams sign the Release and return them both to me along with your firm's check in the amount of $403.03 payable to The Travelers Indemnity Company. Upon receipt of the above, checks will be issued to your law firm and Mr. Williams totaling $12,000.00. Please be sure to provide the amounts of the individual checks and tax i.d. numbers.

Very truly yours,

Paul R. Pearson
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151-2225
703-818-6925

EXHIBIT D

**Pearson, Paul R**
From: Pearson, Paul R
Sent: Friday, May 18, 2007 8:42 AM
To: 'Watsonmoranllc@aol.com'
Cc: Wall, Louise P
Subject: Williams

Stephanie: In reviewing my file I note that I have not yet received the Release and Dismissal Order which I sent you by e-mail on April 16. Please let me know the status of these documents. Also, let me know to whom and in what amounts the settlement checks should be payable and provide me with your firm's tax i.d. number and your check in the amount of $403.03 as requested in my April 16 e-mail.

Thank you for your courtesy and cooperation.

**Paul R. Pearson**
Law Offices of Roger S. Mackey
14008 ParkEast Circle
Chantilly, VA 20151-2225
703-818-6925