UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY, et al.,<br><br>    Defendants. | Civil Action No.  05-2333<br>DAR |

## ORDER

The undersigned has scheduled a status hearing for 9:30 a.m. on Wednesday, June 20, 2007.  Upon consideration of the June 7, 2007 letter from Plaintiff to the undersigned,[*] it is hereby **ORDERED** that Plaintiff promptly call the Deputy Clerk of the Court assigned telephone number (202) 354-3167, and provide the telephone number at which he can be reached at 9:30 a.m. on Wednesday, June 20.  On Wednesday, June 20,  a Deputy Clerk will call Plaintiff from the courtroom, thus ensuring that Plaintiff will be able to participate in the status hearing.

June 14, 2007

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge

---

[*] The undersigned has directed the Clerk of the Court to file the letter.