**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 7, 2007

**RECEIVED**

JUN 1 2 2007

Chambers of
Magistrate Judge Robinson

Honorable Judge Dorothy Robinson
U.S. District Court
333 Constitution Ave. N.W.
Washington, DC  2001

Mr. Steven A. Williams
924 North 14th Street
Springfield, IL  62702

LET THIS BE FILED

Deborah A. Robinson
United States Magistrate Judge
6/14/07

RE: 05-2333

Dear Honorable Judge Robinson:

April 8th thru April 21, 2007, I was a patient at Northwestern Memorial Hospital in Psychiatry Division.  The attending physician Dr. Daniel Kim.  I know nothing about a settlement.  My discharge papers are enclosed.  Moreover, Watson & Moran was terminated on May 18, 2007.

Sincerely,


Steven A. Williams


Cc: Clerk's office
    file