**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN A. WILLIAMS,

   Plaintiff,

   v.                                              Civil Action No. 05-2333
                                                                    DAR
WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY, et al.,

   Defendants.

## ORDER

The undersigned has scheduled a status hearing for 9:30 a.m. on Wednesday, June 20, 2007. Upon consideration of the June 7, 2007 letter from Plaintiff to the undersigned,[*] it is hereby **ORDERED** that Plaintiff promptly call the Deputy Clerk of the Court assigned telephone number (202) 354-3167, and provide the telephone number at which he can be reached at 9:30 a.m. on Wednesday, June 20. On Wednesday, June 20, a Deputy Clerk will call Plaintiff from the courtroom, thus ensuring that Plaintiff will be able to participate in the status hearing.

June 14, 2007

                                                   /s/
                                                   DEBORAH A. ROBINSON
                                                   United States Magistrate Judge

---

[*] The undersigned has directed the Clerk of the Court to file the letter.