IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. WILLIAMS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Case No. 05-cv-02333-RLJ |
| | * | |
| WASHINGTON METROPOLITAN | * | |
| TRANSIT AUTHORITY (WMATA), *et al.* | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL

Now Comes, Stephanie D. Moran, Esq., E. Gregory Watson, Esq., and Watson & Moran, LLC and hereby files this Motion to Withdraw as Counsel and in support thereof states as follows:

1. Currently, Stephanie D. Moran, Esq., E. Gregory Watson, Esq., and Watson & Moran, LLC are counsel of record for Plaintiff, Steven A. Williams.

2. That the attorney-client relationship is strained and counsel is no longer able to work with Mr. Williams.

3. That Client has advised that he consents to this motion.

4. As such, the Law Firm of Watson & Moran LLC, is requesting that it be allowed to immediately withdraw as counsel.

5. That it is in the interest of efficiency and justice to allow the undersigned to withdraw as counsel in the above-captioned matter.

WHEREFORE, Stephanie D. Moran, Esq., E. Gregory Watson, Esq., and Watson & Moran, LLC, respectfully request that the Court enter an order withdrawing said attorneys and law firm as counsel in this matter.

        Respectfully submitted,

        /S/ E. Gregory Watson_____
        E. Gregory Watson, Esq. [MD14298]

        /S/ Stephanie D. Moran_____
        Stephanie D. Moran, Esq. [471555]

        Watson & Moran, LLC
        8401 Corporate Drive, Suite 110
        Landover, MD 20785
        (301) 429-0505 (Tel)
        (301) 429-0371 (Fax)

## Certificate of Service

I hereby certify that the foregoing motion was served by electronic mail on counsel for Defendants on June 20, 2007, by electronic mail and/or forwarding same to:

        Paul R. Pearson, Esq.
        Law Offices of Roger S. Mackey
        14008 ParkEast Circle
        Chantilly, VA 20151

        /S/ E. Gregory Watson, Esq._____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN A. WILLIAMS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Case No. 05-cv-02333-RLJ |
| | * | |
| WASHINGTON METROPOLITAN | * | |
| TRANSIT AUTHORITY (WMATA), *et al.* | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

**<u>ORDER</u>**

Upon consideration of Plaintiff's counsel's Motion to Withdraw As Counsel filed herein, and any opposition thereto, good cause having been shown it is this _____ day of June, 2007,

ORDERED, that Stephanie D. Moran, Esq., E. Gregory Watson, Esq., and the law firm of Watson & Moran, LLC be, and the same hereby, are withdrawn as counsel in the above-captioned matter effective immediately and should be stricken as counsel of record.

_____
Magistrate Deborah A. Robinson
United States District Court
District of Columbia