June 14, 2007

**FILED**

JUN 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**

JUN 2 0 2007

Chambers of
Magistrate Judge Robinson

Honorable Judge Debra Robinson
U.S. District Court
333 Constitution Ave. N.W.
Washington, DC 20001

Sir Steven A. Williams
924 N. 14th Street
Springfield, IL 62702

Re: 052333 30 day Continuation

Dear Honorable Judge Robinson:

    I am humbly requesting a 30 day continuance so that I may procure representation. I have not been given sufficient notice to get to Washington, DC for this hearing. I do not drive, nor can I get a train. The transporation situation that I would have to travel on in order to get there by Wednesday could possibly be detrimental to my health. your honor I have suffered so long because of negligence and I am asking if you would please find favor and allow the time stated above. Thanking you in advance.

Sincerely,

Steven A. Williams
Steven A. Williams

Cc: Paul Pearson, St. Paul Travelers
     Watson & Maron
     file

*LET THIS BE FILED*

Deborah A. Robinson
U.S. Magistrate Judge
6/20/07

P.S. Please make it a court order so that I will rec've my file in a timely manner. Thank you.