UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA

| | |
|---|---|
| STEVEN A. WILLIAMS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | Civil Action No. 1:05 cv 02333 – DAR |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY et al ) | |
| ) | |
| Defendants ) | |

## OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT

The Plaintiff, by and through counsel making this special appearance, respectfully opposes Defendants' Motion to Enforce Settlement.

Before the Court are documents, attached to Defendants' Motion, which purport to establish that Stephanie D. Moran, Esq. of the law firm of Watson & Moran, LLC was duly authorized by Plaintiff Williams to accept a settlement offer of $12,000.00 from the defendants to conclude this litigation. Evidently, a hearing was conducted on June 20, 2007 which addressed the subject Motion to Enforce Settlement as well as a Motion by Watson & Moran, LLC to withdraw as counsel for Plaintiff Williams.

Plaintiff Williams has requested undersigned counsel to enter a special appearance to oppose the Motion to Enforce Settlement. Plaintiff has provided undersigned counsel with documentation that suggests that at the time Ms. Moran represented to defense counsel that she had obtained proper authorization from her client to settle this case, Mr. Williams had been committed to a psychiatric ward at Northwestern Memorial Hospital in Chicago, Illinois. For this and other reasons set forth in the attached Points and Authorities, Plaintiff respectfully opposes Defendants' Motion.

1

WHEREFORE, Plaintiff prays that Defendants' Motion to Enforce Settlement be denied, and for such other relief as is appropriate in this case.

Respectfully submitted,

Charles Krikawa, IV [271981]
128 C Street, N.W.
Washington, D.C. 20001-2139
(202) 638-3375

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, first-class postage prepaid, this 30th day of July, 2007 to:

Stephanie D. Moran, Esq.
Edward Gregory Watson, Esq.
WATSON & MORAN, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

Paul R. Pearson, Esq.
LAW OFFICES OF ROGER S. MACKEY
14008 Parkeast Circle
Chantilly, VA 20151-2225

Charles Krikawa, IV

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA**

| | |
|---|---|
| STEVEN A. WILLIAMS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | Civil Action No. 1:05 cv 02333 – DAR |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY et al ) | |
| ) | |
| Defendants ) | |

### POINTS AND AUTHORITES IN OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT

This controversy arises out of an automobile collision which occurred on December 18, 2002 in Washington, D.C. Plaintiff Williams was a passenger in a Metro Access vehicle whose driver negligently attempted to pass a school bus and collided with a concrete curb. Plaintiff Williams suffered injury from this collision, the extent of which appears to be central focus of this litigation that was begun in this court on December 6, 2005.

In the pleadings which undersigned counsel obtained from the court's electronic filing system, it appears that Plaintiff's present counsel, Watson & Moran, LLC, have repeatedly recited that Mr. Williams suffered "trauma and brain injury" in the occurrence. Indeed, in the Plaintiff's Pre-Trial Statement, Watson & Moran recited that Mr. Williams "has received thousands of dollars in medical treatment, suffered brain injury and seeks several million in compensatory damages." See Docket No. 35.

Nevertheless, according to Defendants' Motion to Enforce Settlement, Ms. Moran wrote an e-mail to defense counsel on April 12, 2007 representing that Plaintiff had "authorized us to accept your offer of $12,000.00" See Docket No. 37, Exhibit A. Aside from the massive monetary disparity appearing in the pleadings, undersigned counsel has been given a medical

record from the Northwestern Memorial Hospital in Chicago, Illinois which casts doubt on the authorization claimed by Ms. Moran. It appears that Plaintiff Williams was an in-patient in the psychiatric ward of the hospital from April 8, 2007 to April 21, 2007. See **Exhibit 1**

Plaintiff Williams has told undersigned counsel that he suffered a traumatic brain injury as a result of the collision, and this injury necessitated three major hospitalizations. He denies he ever gave consent to settle his case for the sum recited in Ms. Moran's e-mail. An Affidavit confirming Plaintiff's denial of authorization is attached. See **Exhibit 2** Understandably, Mr. William desires to be fully compensated for the injuries and damages he suffered in the December 18, 2002 collision. He is obviously, seriously concerned with the actions taken by his present counsel that seriously shortchange his recovery. He earnestly requests this Court to order that the complete file of the medical care compiled by Watson & Moran be turned over to undersigned counsel for an independent assessment of the extent of his injuries. In addition, he wishes undersigned counsel to review the reports of the medical experts whom Watson & Moran consulted regarding the nature of his traumatic brain injury.

For the foregoing reasons, undersigned counsel and Plaintiff Williams respectfully request the Court to deny the Motion to Enforce Settlement pending an independent review of the medical damages attributable to the December 18, 2002 collision that underlies this litigation.

Respectfully submitted,

_____
Charles Krikawa, IV [271981]
128 C Street, N.W.
Washington, D.C. 20001-2139
(202) 638-3375

**Northwestern Memorial® Hospital**
Chicago, Illinois 60611

## PATIENT DISCHARGE INSTRUCTIONS   Page 1 of 2

ADMISSION DATE: 4/8/07   DISCHARGE DATE: 4/21/07

DISCHARGE DIAGNOSIS: Psychos. NOS, Depress. NOS

PROCEDURE: _____

ALLERGIES: Lorance, PCN, Torodol, Ibuprofen, Contrast Dye

**PLEASE PRINT:**

Primary Care Physician: _____   Phone: _____
(and/or referring Physician)

Hospital Physician: _____   Primary Care Physician called: _____   Date: _____
(or referring Physician)

Follow-up with: Satellite Clinic 30 W. Chicago 3rd Floor (Lawson YMCA)   Phone: 312-926-8300

Appointments: My s/w call Fantus Psychiatry Clinic at 312-864-6000 - Northwestern Resident Clinic 251 E Huron - Galter 18th Floor. May 4th at 3:10 pm, call 312-695-8630

Other Consulting Physicians: _____   Phone: _____
_____   Phone: _____

In case of Emergency contact: 911 or go to nearest Emergency Room

**SELF CARE — PATIENT CAN PERFORM THE FOLLOWING:**

| | Y/N | | Y/N | | Y/N | INDEPENDENT WITH: | Y/N/NA |
|---|---|---|---|---|---|---|---|
| EATING | Y | PHONE USE | Y | WALKING | Y | WALKER/CRUTCHES/CANE | N/A |
| DRESSING | Y | TRAVEL ABILITY | Y | USING STAIRS | Y | WHEELCHAIR | N |
| BATHING | Y | TREATMENTS | Y | MOVING FROM BED/CHAIR | Y | PROSTHETIC DEVICE | N |
| COOKING | Y | MED ADMINISTRATION | Y | | | NO ASSIST NEEDED | |
| SHOPPING | Y | CLEAN/LAUNDRY | Y | | | | |

INSTRUCTIONS: _____

**ACTIVITY LEVEL — RESTRICTIONS AS FOLLOWS:**
- [ ] STAIR CLIMBING: # ___ X ___ WKS
- [ ] LIFTING ___ POUNDS X ___ WKS
- [ ] NO AUTOMOBILE DRIVING X ___ WKS
- [ ] OTHER _____
- [ ] NONE

**SPECIAL INSTRUCTIONS — DIET:**
- [ ] NO RESTRICTIONS
- [X] SPECIAL DIET   Low Fat Low Salt

HOME TESTING: _____

FACILITY/HOME HEALTH AGENCY
Contact _____
PHONE # _____

PLAINTIFF'S EXHIBIT 1

413187 (12/03)   PATIENT COPY

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA

| | |
|---|---|
| STEVEN A. WILLIAMS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY et al )<br>)<br>Defendants ) | Civil Action No. 1:05 cv 02333 – DAR |

## AFFIDAVIT OF STEVEN A. WILLIAMS

Steven A. Williams, being first duly sworn, deposes and states as follows:

1. That I am over the age of 18 years, and am the Plaintiff in the above captioned case.

2. That from April 8 through April 21, 2007 I was an in-patient at the Northwestern Memorial Hospital in Chicago Illinois.

3. That at no time did authorize my counsel, Watson & Moran, to settle the above litigation for $12,000.00

~~FURTHER-MORE THE AFFIVANT SAYETH NOT.~~

I HEREBY AFFIRM UNDER PENALTIES OF PERJURY THAT THE FACTS RECITED IN THE FOREGOING AFFIDAVIT ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_Steven A. Williams_
Steven A. Williams
924 N. 14th Street
Springfield, Ill 62702

_Karen Fawns 7/27/07_

KAREN FAWNS
MY COMMISSION EXPIRES
FEBRUARY 8, 2010
NOTARY PUBLIC OFFICIAL SEAL STATE OF ILLINOIS

PLAINTIFF'S EXHIBIT 2

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMIA**

| | |
|---|---|
| STEVEN A. WILLIAMS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | Civil Action No. 1:05 cv 02333 – DAR |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY et al ) | |
| ) | |
| Defendants ) | |

**ORDER**

Upon consideration of Defendants' Motion to Enforce Settlement, and the Opposition filed thereto by special counsel for the Plaintiff, and it appearing to the Court that an independent review of the medical records and expert opinions compiled to date in this litigation is appropriate to assure that a just damages assessment has occurred before approval of any settlement of this litigation, it is by the Court this _____ day of July, 2007,

    ORDERED:  that Defendants' Motion to Enforce Settlement be and hereby is denied;

    ORDERED:  that Plaintiff's present counsel, Watson & Moran, shall turn over their complete file, including all medic al records and all expert reports and correspondence with experts Charles Krikawa, IV Esq., within ten (10( days from the date of this Order;

    ORDERED:  that Charles Krikawa, IV shall undertake a review of all materials released to him by Watson & Moran and shall take such other steps to assess the extent of Plaintiff Williams injuries resulting from the December 18, 2002 collision and advise the court on or before September 15, 2007 of Plaintiff Williams position with respect to Defendants' Settlement Offer

5

_____
Deborah A. Robinson
United States Magistrate Judge

Charles Krikawa, Esq.
128 C Street, N.W.
Washington, D.C. 20001

Stephanie D. Moran, Esq.
Edward Gregory Watson, Esq.
WATSON & MORAN, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

Paul R. Pearson, Esq.
LAW OFFICES OF ROGER S. MACKEY
14008 Parkeast Circle
Chantilly, VA 20151-2225