UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

STEVEN A. WILLIAMS )
)
   Plaintiff )
)
Vs. )   Civil Action No. 1:05 CV 02333 – DAR
)
WASHINGTON METROPOLITAN )
   AREA TRANSIT AUTHORITY, et al. )
)
   Defendants )

## STATUS REPORT

Pursuant to the developments following the hearing in this matter on August 24, 2007, the parties submit the following Status Report:

1.    On August 24, 2007, the Court scheduled an additional hearing in this matter on September 14, 2007 @ 9:30 a.m. This was to allow plaintiff an opportunity to return from Illinois to testify in this matter.

2.    Counsel for plaintiff spoke with Mr. Williams today (September 10, 2007) and Mr. Williams assured counsel that he would be here to testify on September 14, 2007.

3.    That the parties are prepared to go forward with the hearing presently scheduled for Friday, September 14, 2007 @ 9:30 a.m.

/s/ Charles Krikawa, IV
Charles Krikawa, IV #271981
128 C Street, N.W.
Washington, D.C. 20001-2139
(202) 638-3375
Attorney for Plaintiff

1

/s/ Paul R. Pearson
Paul R. Pearson #386823
LAW OFFICES OF ROGER S. MACKEY
14008 Parkeast Circle
Chantilly, VA 20151-2225
(703) 818-6930
Attorney for Defendants