UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS )<br>)<br>   Plaintiff )<br>)<br>Vs. )<br>)<br>WASHINGTON METROPOLITAN )<br>  AREA TRANSIT AUTHORITY et al )<br>)<br>   Defendants ) | Civil Action No. 1:05 cv 02333 – DAR |

**DEFENDANTS' CONSENT MOTION TO PAY PROCEEDS OF THE SETTLEMENT INTO THE REGISTRY OF THE COURT AND TO DISMISS THIS ACTION WITH PREJUDICE**

Defendants, with the consent of counsel for plaintiff, respectfully move this Honorable Court for leave to pay the proceeds of the $12,000.00 settlement in this action into the registry of the Court and to dismiss this action with prejudice. As grounds therefore, defendants state as follows:

1. On March 26, 2008 this Honorable Court entered a Memorandum Order granting the defendants' Motion to Enforce Settlement. In that Order, the Court also directed that plaintiff was to sign a release and upon return of the release to defense counsel, this matter would be dismissed with prejudice.

2. Counsel for defendants is advised that several difficulties have arisen in this regard. First, in view of the various competing interests who have actual or potential claims against the $12,000.00 settlement, the defendants' insurance carrier could be exposed to and forced to defend against multiple claims no matter to whom defendants' insurer issued the settlement check. In addition to the claims of the plaintiff and his former attorneys, there are various insurance and medical claimants who may have subrogation interests in these funds.

3. It is unlikely that the parties will be able to craft a Release that sufficiently

protects the defendants' rights in this matter without compromising the rights of the plaintiff to take any future legal action he may deem appropriate, including any legal action he may seek to pursue against his former attorneys.

4. In light of all of these factors, the defendants suggest that the best course of action would be to permit them to pay the $12,000.00 settlement directly to the registry of the Court and for the Court to then dismiss this action with prejudice. Such a dismissal, coupled with the fact that the statute of limitations has long run on this action, would effectively and conclusively end this action against the defendants. It would also insulate the defendants' insurance carrier from potential multiple claims against the settlement money and avoid the insurance carrier from potentially defending itself in subsequent litigation. Finally, it would allow the plaintiff to pursue any legal remedies he might wish to pursue, without the danger of those rights being extinguished or limited by a Release in this action.

5. Counsel for plaintiff consents to this Motion.

Wherefore, it is respectfully requested that this Honorable Court enter an Order directing the defendants' insurance carrier to pay the proceeds of the $12,000.00 settlement into the Registry of the Court and dismissing this action with prejudice.

Respectfully submitted,

_____
Paul R. Pearson, Esq.
LAW OFFICES OF
ROGER S. MACKEY
14008 Parkeast Circle
Chantilly, VA 20151-2225
(703) 818-6925
Counsel for Defendants

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that this 28th day of May, 2008 a copy of the foregoing was e-filed and mailed, first-class postage prepaid to:

Stephanie D. Moran, Esq.
Edward Gregory Watson, Esq.
WATSON & MORAN, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

Charles Krikawa, IV, Esq.
128 C Street, N.W.
Washington, D.C.  20001-2139

                                                Paul R. Pearson

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS )<br>)<br>   Plaintiff )<br>)<br>Vs. )<br>)<br>WASHINGTON METROPOLITAN )<br>   AREA TRANSIT AUTHORITY et al )<br>)<br>   Defendants ) | Civil Action No. 1:05 cv 02333 – DAR |

**ORDER**

Upon consideration of Defendants' Consent Motion to Pay the Proceeds of the Settlement into the Registry of the Court and to Dismiss this Action with Prejudice, and it appearing to the Court such relief is warranted, it is by the Court this _____ day of _____, 2008,

   ORDERED:   that Defendants' Motion be and hereby is granted;

   ORDERED:   that Defendants' insurance carrier shall pay the funds for the $12,000.00 settlement of this action into the Registry of the Court;

   ORDERED:   that this action is hereby 'DISMISSED WITH PREJUDICE."

_____
Deborah A. Robinson
United States Magistrate Judge

Charles Krikawa, Esq.
128 C Street, N.W.
Washington, D.C.  20001

Stephanie D. Moran, Esq.
Edward Gregory Watson, Esq.
WATSON & MORAN, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

Paul R. Pearson, Esq.
LAW OFFICES OF ROGER S. MACKEY
14008 Parkeast Circle
Chantilly, VA 20151-2225