UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. WILLIAMS )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>WASHINGTON METROPOLITAN )<br>   AREA TRANSIT AUTHORITY, et al. )<br>)<br>Defendants. ) | Civil Action No. 1:05 cv 02333 – DAR |

**PRAECIPE**
**(COMPLIANCE WITH THE COURT'S MARCH 26, 2008 ORDER)**

Will the Clerk of the Court please note that the Plaintiff has complied with the Court's March 26, 2008 Order by providing the Defendants with a signed Release that is satisfactory to the Defendants.

Respectfully submitted,

/S/ *Charles Krikawa, IV*
Charles Krikawa, IV [271981]
128 C Street, N.W.
Washington, D.C. 20001-2139
(202) 638-3375
Attorney for Plaintiff
ckrikawa@Cparsonslaw.com


/S/*Paul R. Pearson*
Paul R. Pearson [386823]
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
(703) 818-6925
Attorney for Defendants
Paul.R.Pearson@Travelers.com