UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

STEVEN A. WILLIAMS,         )
                            )
    Plaintiff,              )
                            )
v.                          )
                            ) Civil Action No. 1:05 cv 02333-DAR
WASHINGTON METROPOLITAN     )
AREA TRANSIT AUTHORITY, et al )
                            )
    Defendants              )

PRAECIPE

THE CLERK of the Court will note that the terms of all previous Orders of this Court having been satisfied and a Release having been signed by Plaintiff, will the Clerk please dismiss this case, <u>with prejudice</u>, as to all parties and claims.

Respectfully submitted,

/S/ Charles Krikawa, IV, Esquire
Charles Krikawa, IV, Esquire [DC Bar # 271981]
128 C Street, NW
Washington, DC 20001-2139
[202] 638-3375
Attorney for Plaintiff
ckrikawa@Cparsonslaw.com


/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire [DC Bar # 386823]
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, Virginia 20151
[703] 818-6925
Counsel for Defendants
prpearso@travelers.com

Civil Action No. 1:05 cv 02333-DAR